UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Association of American Railroads, | Case No. 24-cv-1522 (KMM/SGE) |
| Plaintiffs, | |
| v. | |
| Bob Jacobson, *Commissioner of the Minnesota Department of Public Safety*, & Paul Marquart, *Commissioner of the Minnesota Department of Revenue*, in their official capacities, | **AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendants. | |
| Bob Jacobson, *Commissioner of the Minnesota Department of Public Safety*, | |
| Third-Party Plaintiff, | |
| v. | |
| BNSF Railway Co., Wisconsin Central Ltd., Cedar River Railroad Co., Soo Line Railroad Co., & Union Pacific Railroad, | |
| Third-Party Defendants. | |

Pursuant to this Court's Order granting Defendants' Motion to Modify the Scheduling Order, the Amendments to the Pretrial Scheduling Order (Dkt. 80) are as follows:

## DEADLINES FOR FACT DISCOVERY

Fact discovery shall be completed on or before December 1, 2025.

## DEADLINES FOR EXPERT DISCOVERY

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure required by Rule 26(a)(2)(B), and production of the written report prepared and signed by the expert witnesses, must be made as follows:

1) The identity of any expert witness(es) and their written report(s) must be disclosed and served on or before **January 1, 2026**;

2) Any rebuttal expert witness(es) and their written report(s) must be served on or before **February 1, 2026**.

Expert discovery, including depositions, shall be completed on or before **March 1, 2026.**

## NON-DISPOSITIVE MOTION DEADLINES

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served on or before **December 1, 2025.**

2. All non-dispositive motions and supporting documents that relate to expert discovery shall be filed and served on or before **March 1, 2026.**

If not specifically addressed herein, all other limitations, instructions, and deadlines in the January 30, 2025 Pretrial Scheduling Order (Dkt. 80) remain in full effect.

Date:  October 21, 2025	*s/ Shannon G. Elkins*
	SHANNON G. ELKINS
	United States Magistrate Judge