**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ASSOCIATION OF AMERICAN RAILROADS,

    Plaintiff,

        v.

BOB JACOBSON,
    *Commissioner of the Minnesota
    Department of Public Safety*, and

PAUL MARQUART,
    *Commissioner of the Minnesota
    Department of Revenue*

in their official capacities,

    Defendants.

BOB JACOBSON,
    *Commissioner of the Minnesota
    Department of Public Safety*,

    Plaintiff,

        v.

BNSF RAILWAY COMPANY,
WISCONSIN CENTRAL LTD.,
CEDAR RIVER RAILROAD COMPANY,
SOO LINE RAILROAD COMPANY, AND
UNION PACIFIC RAILROAD,

    Third-Party Defendants.

Case No. 0:24-cv-01522-KMM/SGE

**DECLARATION OF
ANDREW W. DAVIS, ESQ.
IN SUPPORT OF ASSOCIATION
OF AMERICAN RAILROADS' AND
THIRD-PARTY DEFENDANTS'
MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO
EXCLUDE TESTIMONY OF
MARK D. ABKOWITZ**

I, Andrew W. Davis, declare as follows:

1.    I am an attorney admitted to the bar of this Court. I am a partner at the law firm of Stinson LLP, and a counsel of record for Plaintiff Association of American

Railroads (AAR) and Third-Party Defendants BNSF Railway Company, Soo Line Railroad Company, and Union Pacific Railroad (together with Third-Party Defendants Cedar River Railroad Company and Wisconsin Central Ltd., the "Railroads") in the above-captioned action.  I offer this declaration in support of AAR and the Railroads' memorandum of law in support of their Motion to Exclude Testimony of Mark D. Abkowitz.  I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I would competently testify to them.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the main report of Mark D. Abkowitz, the expert witness of Defendants Bob Jacobson and Paul Marquart (collectively, "Defendants") in this action, titled "Assessing the Risk of Hazardous Materials Transport in the State of Minnesota," and dated December 2025.

3.    Attached hereto as **Exhibit B** is a true and correct copy of cited excerpts of the transcript of the deposition of Defendants' expert witness Mark D. Abkowitz in this action, taken on February 27, 2026.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the rebuttal report of AAR and the Railroads' expert witness in this action, Scott Carr, dated February 2, 2026.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the main report of AAR and the Railroads' expert witness in this action, Scott Carr, dated January 1, 2026.

6.    Attached hereto as **Exhibit E** is a true and correct copy of cited excerpts of the transcript of the deposition of Devin Sprinkle, AAR Assistant Vice President of Environment and Hazardous Materials and the Rule 30(b)(6) witness for AAR and the Railroads, in this action, taken on November 24, 2025.

7.     Attached hereto as **Exhibit F** is a true and correct copy of the rebuttal report of Defendants' expert witness in this action, Mark D. Abkowitz, titled "Rebuttal to the Expert Report Dated on January 1, 2026, by Dr. Scott Carr on Behalf of the Association of American Railroads," and dated January 31, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Hanalei, Hawaii on this 8th day of April, 2026.

/s/ Andrew W. Davis
Andrew W. Davis