# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, <br><br> Plaintiff, <br><br> v. <br><br> BOB JACOBSON, <br> *Commissioner of the Minnesota Department of Public Safety*, and <br><br> PAUL MARQUART, <br> *Commissioner of the Minnesota Department of Revenue* <br><br> in their official capacities, <br><br> Defendants. <br><br><br> BOB JACOBSON, <br> *Commissioner of the Minnesota Department of Public Safety*, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br> WISCONSIN CENTRAL LTD., <br> CEDAR RIVER RAILROAD COMPANY, <br> SOO LINE RAILROAD COMPANY, AND <br> UNION PACIFIC RAILROAD, <br><br> Defendants. | Case No. 0:24-cv-01522-KMM/SGE <br><br><br> **MEET-AND-CONFER STATEMENT REGARDING ASSOCIATION OF AMERICAN RAILROADS' AND THIRD-PARTY DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MARK D. ABKOWITZ** |

The undersigned counsel hereby certifies that counsel for the parties conferred by video conference on March 5, 2026, regarding Plaintiff and Counterclaim Defendant Association of American Railroads and Third-Party Defendants BNSF Railway Company, Wisconsin Central Ltd., Cedar River Railroad Company, Soo Line Railroad Company, and Union Pacific Railroad's Motion to Exclude Testimony of Mark D. Abkowitz. The parties were unable to resolve any part of the motion.

Dated: April 8, 2026

/s/ Eric E. Holman
Eric E. Holman, #327918
DONNA LAW FIRM, P.C.
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
Telephone: (952) 562-2460
eholman@donnalaw.com

*Attorneys for Third-Party Defendants*
*Wisconsin Central Ltd. and Cedar River*
*Railroad Company*

/s/ Andrew W. Davis
Andrew W. Davis (#0386634)
Jackson Kennedy (#0504319)
STINSON LLP
50 South Sixth Street Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
andrew.davis@stinson.com
jackson.kennedy@stinson.com

*Attorneys for Plaintiff*
*Association of American Railroads and*
*Third-Party Defendants BNSF Railway*
*Company, Soo Line Railroad Company,*
*and Union Pacific Railroad.*

1

Thomas H. Dupree Jr. (*pro hac vice*)
Jeffrey Liu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8500
TDupree@gibsondunn.com
JYLiu@gibsondunn.com

*Attorneys for Plaintiff*
*Association of American Railroads and*
*Third-Party Defendants BNSF Railway*
*Company, Wisconsin Central Ltd., Cedar*
*River Railroad Company, Soo Line*
*Railroad Company, and Union Pacific*
*Railroad.*