# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Association of American Railroads,

        Plaintiff,

vs.

Bob Jacobson, Commissioner of the Minnesota Department of Public Safety, Paul Marquart, Commissioner of the Minnesota Department of Revenue,

        Defendants.

Bob Jacobson, Commissioner of the Minnesota Department of Public Safety,

        Third-Party Plaintiff,

vs.

BNSF Railway Company, Wisconsin Central Ltd., Cedar River Railroad Company, Soo Line Railroad Company, and Union Pacific Railroad,

        Third-Party Defendants.

Case No. 0:24-CV-01522-KMM/SGE

**DECLARATION OF OLIVER LARSON IN SUPPORT OF COMMISSIONERS' OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF MARK D. ABKOWITZ**

1

Oliver Larson declares the following:

1.      I am an Assistant Attorney General and represent the state parties in this matter.

2.      Exhibit 1 is a true and correct copy of the curriculum vitae of Dr. Mark Abkowitzr.

3.      Exhibit 2 is a true and correct copy of excerpts of the Deposition of Dr. Scott Carr in this matter.

4.      Exhibit 3 is a true and correct copy of excerpts of the Deposition of Dr. Mark Abkowitz in this matter.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge and belief.

Dated: May 6, 2026                              By:  s/ Oliver Larson
                                                     Oliver Larson

**Exhibit 1**
**To the Declaration of Oliver Larson**
**Dr. Mark Abkowtiz C.V.**

**Mark D. Abkowitz**

Distinguished Professor of Civil & Environmental Engineering
Vanderbilt University
615/500-7619 (c)
mark.abkowitz@vanderbilt.edu

## Curriculum Vitae

Mark Abkowitz holds an appointment as Distinguished Professor of Civil & Environmental Engineering at Vanderbilt University. Dr. Abkowitz received his B.S., M.S. and Ph.D. degrees in Civil Engineering from Massachusetts Institute of Technology.

Dr. Abkowitz specializes in hazardous materials transportation safety and security; enterprise risk assessment, management and communication; the impacts of natural hazard events on community and infrastructure resilience; and smart cities technologies and applications. He has authored several hundred publications on these topics, and has appeared on national television, radio and in other media to discuss issues of national importance. Dr. Abkowitz served two terms as a member of the Nuclear Waste Technical Review Board, appointed to this position by President George W. Bush in June 2002. He is the recipient of the Distinguished Service Award from the National Academies of Science for his leadership role with the Transportation Research Board. He is also the recipient of Charles H. Hochman Lifetime Achievement Award for contributions to hazardous materials transportation research, and has been inducted into the American Academy of Environmental Engineers as a Board-Certified Member.

Dr. Abkowitz has served as a researcher and consultant to a wide variety of businesses and government agencies, and is the founder and former chairman of Visual Risk Technologies (now known as Factor, Inc.). He is also the author of books entitled *Operational Risk Management - A Case Study Approach to Effective Planning and Response* and *The World According to Humpty Dumpty: The New Normal of Managing Risk*.

## Education
Ph.D., Civil Engineering, transportation, Massachusetts Institute of Technology
M.S., Civil Engineering, transportation systems analysis, Massachusetts Institute of Technology
B.S., Civil Engineering, Massachusetts Institute of Technology

## Employment History
Vanderbilt University
- Distinguished Professor of Civil & Environmental Engineering (2022-present)
- Professor of Civil & Environmental Engineering; Professor of Engineering Management (1991-2022)

1

- Director, Center for Environmental Management Studies (1995-present)
- Associate Professor of Civil & Environmental Engineering; Director, Vanderbilt Center for Transportation Operations and Research (1987-1991)

3 Sigma Consultants, LLC
- Founder and Principal (2010-present)

Rensselaer Polytechnic Institute
- Associate Professor of Civil Engineering (1985-1987)
- Assistant Professor of Civil Engineering (1980-1985)

U.S. Department of Transportation - Project Manager (1976-1980)

## Sponsored Research

Deploying Smart Watch Technology to Measure and Mitigate Heat Stress Among Maritime Transportation Workers, funded by Maritime Transportation Research and Education Center (MarTREC), 2024-2025, $150,000, principal investigator.

National Travel Monitoring Exposition and Conference, funded by Federal Highway Administration, 2024-2026, $50,000, principal investigator.

University Technical Assistance Program (UTAP), funded by Tennessee Department of Transportation, 2022-2026, $2,000,000, principal investigator.

Scaling Up the Vanderbilt MoveVU Program, funded by Tennessee Department of Transportation, 2019-2027, $8,425,000, principal investigator.

Using Advanced Technologies to Evaluate Transportation Demand Management Strategies, funded by Greater Nashville Regional Council, 2021-2025, $550,000, principal investigator.

Empathic Analytics, funded by Gresham Smith, 2021-2023, $39,000, principal investigator.

Integrated Transportation Demand Management and Enhanced Mobility Program, funded by Tennessee Department of Transportation, 2018-2027, $9,066,156, principal investigator.

Decarbonization of the Inland Waterway System in North America: Pathways and Challenges to a Zero Carbon Freight Future, funded by the American Bureau of Shipping, 2020-2021, $200,000, investigator.

Hazard Mapping, Assessment and Education, funded by Tennessee Department of Economic Development, HUD National Disaster Resilience Competition, 2017-2021, $1,100,000, co-principal investigator.

2

Development, Demonstration and Dissemination of Integrated Technology Solutions to Improve Hazardous Materials Transportation Safety and Security, funded by U.S. Pipeline and Hazardous Materials Safety Administration, 2018-2020, $238,000, principal investigator.

Maritime Transportation Research and Education Center, funded by U.S. Department of Transportation, 2017-2022, $1,145,000, co-principal investigator.

Enhanced GIS Legacy Data, funded by Tennessee Department of Transportation, 2016-2022, $638,525, principal investigator.

The Impacts of Unscheduled Lock Outages, funded by National Waterways Foundation, 2016-2017, $168,418, investigator.

Geospatial Investigation of Future Climate Conditions: The Impact on Supply Chain and USACE Water Resource Infrastructure Using Enhanced Simulation and Spatial Visualization Capability, funded by U.S. Army Corps of Engineers, 2017-2018, $190,000, investigator.

The Use of Freight Advisory Committees in Responding to Supply Chain Disruption funded by Tennessee Department of Transportation, 2016-2017, $110,000, principal Investigator.

Initiative for Intelligent Resilient Infrastructure Systems (IRIS), funded by Vanderbilt Trans-Institutional Program, 2016-2018, $197,762, co-principal investigator.

Cyber-Physical Applications for Freight Transportation Systems Management and Operations: Opportunities and Challenges, funded by Tennessee Department of Transportation, 2016-2017, $110,000, co-principal investigator.

Bridgestone Fellowship, funded by Bridgestone Firestone, Inc., 2004-2016, $617,976, co-principal investigator.

Ingram Freight and Infrastructure Research and Education Fund, funded by Ingram Barge Company, 2012-2016, $150,000, principal investigator.

A Multi-Modal Freight Safety, Security and Environmental Routing Tool, funded by National Center for Freight & Infrastructure Research & Education, 2012-2016, $80,000, principal investigator.

The Impact of Fracking on Freight Distribution Patterns, funded by National Center for Freight and Infrastructure Research & Education, 2014-2016, $75,000, principal investigator.

Technical Support in Understanding Climate-Induced Impacts on Waterway Navigation in Terms of Vulnerability, Resilience and Adaptation, funded by U.S. Army Corps of Engineers, 2014-2016, $99,993, co-principal investigator.

3

Development of an Enterprise Risk Management Evaluation Toolbox, funded by U.S. Department of Transportation, 2011-2013, $100,000, principal investigator.

Estimating the Effects of Extreme Weather on Transportation Infrastructure, funded by U.S. Department of Transportation, 2012-2013, $80,000, principal investigator.

Environmental Stress and Human Migration in a Low-Lying Developing Nation: A Comparison of Co-Evolving Natural and Human Landscapes in the Physically and Culturally Diverse Context of Bangladesh, funded by Office of Naval Research, 2011-2016, $7,496,577, investigator.

Vulnerabilities of U.S. Navigation System to Climate Change, funded by U.S. Army Corps of Engineers, 2012-2013, $12,090, investigator.

Consortium for Risk Evaluation and Stakeholder Participation, funded by U.S. Department of Energy, 2006-2012, $6,422,647, investigator.

Ingram Freight Management Industry Support, funded by Ingram Barge Company, 2008-2012, $500,000, co-principal investigator.

Freight Transportation Benefit Cost Analysis Course Development, 2011-2012, funded by Tennessee Department of Transportation (through University of Memphis), $25,000, co-principal investigator.

Economic, Environmental, and Social Benefits and Costs of IMG Sustainability Activities, funded by Ingram Barge Company, $206,546, 2011-2012, co-principal investigator.

Improved Methods for Guiding Climate-Induced Transportation Infrastructure Adaptation Decisions, funded by U.S. Department of Transportation, 2011-2012, $100,000, principal investigator.

Review of Severe Accident Analysis of Mixed Oxide Fuel Cores, funded by Tennessee Valley Authority, 2011-2013, $302,686, investigator.

Comparative Radiological Risk Assessment of Advanced Nuclear Fuel Cycles, funded by Electric Power Research Institute, 2011-2012, $270,034, investigator.

Enterprise Risk Management Methods Enhancement and Mitigation Strategy Development, funded by U.S. Department of Transportation, 2011-2012, $100,000, principal investigator.

Capabilities and Limitations in Performing Safety, Security and Capacity Analyses of Critical Rail Corridors, funded by Southeastern Transportation Center, 2010–2012, $50,000, co-principal investigator.

4

Spatial Analysis of Safety and Security Vulnerability during Transport of Hazardous Materials, funded by Southeast Transportation Center, 2011-2012, 50,000, investigator.

Managing the Impacts of Climate Change on Freight Transportation Operations and Infrastructure – A Leadership Summit, funded by U.S. Department of Transportation, 2010-2011, $30,001, principal investigator.

TDOT Highway Route Risk Assessments and Diversion Strategies, funded by U.S. Department of Transportation, 2010-2011, $50,000, co-principal investigator.

Impact Estimation of the Effects of Climate Change on Freight Transportation Infrastructure, funded by U.S. Department of Transportation, 2011-2012, $100,000, principal investigator.

Developing a Protocol for Performing an Operational Risk Management Needs Assessment, funded by U.S. Department of Transportation, 2009-2011, $115,530, principal investigator.

Pilot Testing and Enhancement of an Enterprise Risk Management Needs Assessment Protocol, funded by U.S. Department of Transportation, 2010-2011, $100,000, principal investigator.

Marine Operations Environmental Footprinting Using Life Cycle Analysis, funded by Ingram Barge Company, $150,000, 2009-2010, co-principal investigator.

Follow-Up to National Scans of Freight Capacity, Safety & Security Issues, funded by Center for Intermodal Freight Transportation Studies, $75,000, 2008-2009, principal investigator.

Regional Traffic and Safety Information Dissemination Feasibility Study – Phases 1 & 2, funded by Tennessee Department of Transportation, $156,407, 2008-2011, co-principal investigator.

Intermodal Freight Educational Outreach, funded by Center for Intermodal Freight Transportation Studies, $50,000, 2008-2009, principal investigator.

Development of a Comprehensive Transportation Safety Assessment Protocol, funded by Southeastern Transportation Center, $49,663, 2007-2009, principal investigator.

Customer Relations Applications Information Systems Technical Support, funded by Tennessee Department of Transportation, $219,000, 2007-2008, co-principal investigator.

Center for Intermodal Freight Transportation Studies Technical Support, funded by University of Memphis, $255,442, 2007-2008, co-principal investigator.

Research, Development and Implementation of Intelligent Transportation Systems Customer Relations Applications, funded by Tennessee Department of Transportation, $200,000, 2006-2007, principal investigator.

5

Integration of Transportation Emergency Services: Identifying the Critical Interfaces, Obstacles and Opportunities, funded by Southeast Transportation Center, $125,000, 2004-2005, co-principal investigator.

Intelligent Transportation Systems & Incident Management Program Development and Implementation, funded by Tennessee Department of Transportation, $497,000, 2004-2005, co-principal investigator.

Technical Support to the Waterborne Commerce Statistics Center, funded by U.S. Army Corps of Engineers, $74,000, 2004-2005, principal investigator.

St. Kitts Land Resource Analysis, funded by UK Department for International Development, $42,000, 2004, co-principal investigator.

Development of a GIS-Based Spill Management Information System, funded by U.S. Army Corps of Engineers, $68,000, 2004, co-principal investigator.

Intelligent Transportation Systems & Incident Management Program Development and Implementation, funded by Tennessee Department of Transportation, $495,000, 2003-2004, co-principal investigator.

ITS and Incident Management Program Development and Implementation, funded by Tennessee Department of Transportation, $580,000, 2002-2003, co-principal investigator.

Improvement of Internet GIS Application for Foreign Trade, funded by U.S. Army Corps of Engineers, $22,000, 2002-2003, principal investigator.

Enhancements to WCSC Dock File, funded by U.S. Army Corps of Engineers, $10,000, 2002-2003, principal investigator.

Transportation Risk Communication: Customer Needs and Enabling Tools, CRESP2 Program, funded by U.S. Department of Energy, $160,000, 2000-2002, principal investigator.

Application of GIS to Ingram Barge Strategic and Tactical Needs, funded by Ingram Barge Company, $308,000, 1999-2003, principal investigator.

Western Hemisphere Geo-Spatial Maritime Cargo Data System, funded by U.S. Maritime Administration, $75,000, 1998-1999, principal investigator.

Intelligent Transportation Systems Strategic Planning, funded by Tennessee Department of Transportation, $1,475,000, 1997-2002, principal investigator.

National Waterway GIS Network Maintenance, funded by U.S. Army Corps of Engineers, $126,000, 1997-2001, principal investigator.

6

GIS Quality Assurance and Quality Control Procedures, funded by Bureau of Transportation Statistics, $90,000, 1996-1997, principal investigator.

Economic, Risk and Efficacy Analysis of Recycling Radioactively Contaminated Concrete, funded by U.S. Department of Energy, $127,000, 1995-1996, co-principal investigator.

National Rail Network Enhancement, funded by Oak Ridge National Laboratory, $158,000, 1994-1995, co-principal investigator.

Hazardous Materials Environmental Risk Management Training, funded by Rohm & Haas, $35,000, 1994-1995, principal investigator.

VISTA Student Education and Research Initiative, funded by U.S. Department of Transportation, $750,000, 1993-2000, co-principal investigator.

American Airlines Fellowship, funded by American Airlines, $4,500, 1992, principal investigator.

Emergency Preparedness Evacuation System, funded by Tennessee Emergency Management Agency, $75,000, 1992-1993, principal investigator.

National Waterway GIS Network Development, funded by Oak Ridge National Laboratory, $640,000, 1992-1995, principal investigator.

Union Pacific Foundation Scholarship, funded by Union Pacific Foundation, $20,000, 1992-1995, principal investigator.

Hazardous Materials Transportation Logistics and Policy Analysis, funded by Sandia National Laboratories, $40,000, 1990-1991, principal investigator.

Understanding the Risk Associated with Truck Shipments of Hazardous Materials, funded by AAA Research Foundation, $48,000, 1991, principal investigator.

Southeast Regional Transportation Leadership Summit, funded by Federal Highway Administration, $35,000, 1991, principal investigator.

Use of GIS for Environmental Analysis of Site Selection, funded by U.S. Environmental Protection Agency, $45,000, 1990-1991, principal investigator.

Risk Management of Poisonous by Inhalation Materials Shipments, funded by California Highway Patrol, $710,000, 1989-1993, principal investigator.

Relative Risks of Flammable Liquid Cargoes through Tunnels, funded by California Department of Transportation, $49,000, 1989-1990, principal investigator.

Model Development for Routing of Hazardous and Radioactive Materials, funded by Sandia National Laboratory, $47,000, 1989, principal investigator.

Accident Reporting System Augmentation, funded by the Federal Highway Administration, $32,000, 1988-1989, principal investigator.

Risk Estimation Considerations and the Optimal Routing of Hazardous Materials, funded by the National Science Foundation, $55,000, 1987-1988, principal investigator.

Transit Industry Microcomputer Exchange Support Center, funded by the Urban Mass Transportation Administration, $467,000, 1982-1988, principal investigator.

Risk Assessment and Route Analysis Involving Hazardous Events, funded by Oak Ridge National Laboratory, $75,000, 1986-1988, principal investigator.

## Refereed Publications

Gardner, L. and M. Abkowitz. Addressing Extreme Weather in Transportation Asset Management Plans: A U.S. Perspective. *Infrastructure Asset Management*, 2025.

Dash, I., R. Muscatello, M. Abkowitz, E. Mostoller and M. Sewell. Measuring Pedestrian Stress Response Using Wearable Technologies. *Journal of Transportation Technologies*, 2024, 14, 224-235.

Dundon, L. and M. Abkowitz. Turning Managed Retreat Research into Practice Ready Tools: Needed Guidelines to Reach Stakeholders, *Environmental Research Letters*, 2024, 19, 041003.

Abkowitz, M., et al., Development of Dose Estimates for U.S. Transport of Spent Nuclear Fuel, *Proceedings of Waste Management Symposia*, 2024.

Abkowitz, M. and P. Johnson, Development of Accident Rates for Commercial Spent Nuclear Fuel Rail Shipments, *Proceedings of Waste Management Symposia*, 2024.

Johnson, P.M., H. Baroud, C. Brady and M. Abkowitz. Who Contributes to Disaster Preparedness? Predicting Decision Making in Social Dilemmas Pertaining to Community Resilience, *Risk Analysis*, 2023, DOI 10.1111/risa.14116.

Abkowitz, M., C. Condon and K. Connolly. Development of Transportation Radiological Risk Assessment Methods for U.S. Transport of Spent Nuclear Fuel, *Proceedings of the 20th International Symposium on the Packaging and Transportation of Radioactive Materials*, 2023.

Dundon, L., M. Abkowitz and J. Camp. Governing Transition: Case Studies in Transformative Adaptation, *Case Studies in the Environment*, 2023, DOI 10.1525/cse.2023.1816980.

8

Abkowitz, M. R. Claypool, S. Hogan, N. Saraeva, J. Uribe, E. Bickford and S. Maheras. Tools to Support Informed Participation in Consent-Based Siting of Spent Nuclear Fuel and High-Level Waste, *Proceedings of Waste Management Symposia*, 2023.

Condon, C., M. Abkowitz, H. Gadey, R. Claypool, S. Maheras, M. Feldman, and E. Bickford. Verification and Validation of START: A Spent Nuclear Fuel Routing and Decision Support Tool, 2023, *arXiv*:2306.12319.

Johnson, P. M., Baroud, H., Philip, C., & Abkowitz, M. An Integrated Approach to Evaluating Inland Waterway Disruptions using Economic Interdependence, Agent-Based, and Bayesian Models. *The Engineering Economist*, 2023, 68(1), 2-19.

Doktycz, C., M. Abkowitz and H. Baroud. Extreme Weather Loss and Damage Estimation Using a Hybrid Simulation Technique, *International Journal of Disaster Risk Science*, 2022, DOI 10.1007/s13753-022-00430-5.

Condon, C., M. Abkowitz, H. Gadey, R. Claypool, P. Jensen, S. Maheras, M. Feldman and E. Bickford. Verification and Validation of START: A Spent Fuel Routing and Decision Support Tool, *Proceedings of Waste Management Symposium*, 2022.

Dash, I., C. Philip and M. Abkowitz. Factors Impacting Bike Crash Severity in Urban Areas, *Journal of Safety Research*, 2022, Volume 83, pp. 128-138.

Johnson, P.M., H. Baroud, C. Philip and M. Abkowitz. An Integrated Approach to Evaluate Inland Waterway Disruptions Using Economic Interdependence, Agent-Based, and Bayesian Models. *The Engineering Economist*, 2022, DOI 10.1080/0013791X.2022.2139029.

Dash, I., D. Loftis, C. Philip and M. Abkowitz. Design and Implementation of an Integrated Technology System for Rail Shipper Safety & Security, *Journal of Rail Transport Planning & Management*, 2021, DOI 10.1016/j.jrtpm.2021.100281.

Dundon, L.A. and M. Abkowitz. Climate-Induced Managed Retreat in the U.S.: A Review of Current Research, *Climate Risk Management*, 2021, DOI 10.1016/j.crm.2021.100337.

Gloudemans, D., N. Gloudemans, M. Abkowitz, W. Barbour and D.B. Work. Quantifying Social Distancing Compliance and the Effects of Behavioral Interventions Using Computer Vision. *The Workshop on Data-Driven and Intelligent Cyber-Physical Systems*, 2021, DOI 10.1145/3459609.3460523.

Allen, M., L. Gillespie-Marthaler, M. Abkowitz and J.V. Camp, Evaluating Flood Resilience in Rural Communities: A Case-Based Assessment of Dyer County, Tennessee. *Natural Hazards*, 2020, DOI 10.1007/s11069-020-03868-2.

Janssen, C., W. Barbour, E. Hafkenschiel, M. Abkowitz, C. Philip and D. Work, Comparative Review of Peer City Scooter Policy: City-to-City and Temporal Assessment, *Transportation Research Record*. 2020, DOI 10.1177/0361198120921848.

Johnson, P.M., C.E. Brady, C. Philip, H. Baroud, J.V. Camp and M. Abkowitz.  A Factor Analysis Approach Toward Reconciling Community Vulnerability and Resilience Indices for Natural Hazards, *Risk Analysis*. 2020, Vol 40, No. 9.

Abkowitz, M., E. Bickford and E. Edge. Geographic Information System Based Emergency Response Training Assessments for DOE Radioactive Materials Transport, *Proceedings of Waste Management Symposium*, 2020.

Kermanshah, A., H. Baroud and M. Abkowitz. Cyber-Physical Technologies in Freight Operations and Sustainability: A Case Study of Trucking, *Sustainable Cities and Society*, 2020, 55-102017.

Nelson, K., L. Gillespie-Marthaler, H. Baroud, M. Abkowitz and D. Kosson.  An Integrated and Dynamic Framework for Assessing Sustainable Resilience in Complex Adaptive Systems, *Sustainable and Resilient Infrastructure*, 2019, DOI: 10.1080/23789689.2019.1578165.

Gillespie-Marthaler, L. K. Nelson, H. Baroud, D. Kosson and M. Abkowitz.  An Integrative Approach to Conceptualizing Sustainable Resilience, *Sustainable and Resilient Infrastructure*, 2019, Vo. 4, No. 2, 66-81.

Doktycz, C. and M. Abkowitz, Loss and Damage Estimation for Extreme Weather Events: State of the Practice, *Sustainability*, 2019, 11(15):4243.

Abkowitz, M. and E. Bickford. Factors Influencing the Evaluation of Spent Fuel Rail Routes, *Proceedings of Waste Management Symposium*, 2019.

Gillespie-Marthaler, K. Nelson, H. Baroud and M. Abkowitz, Selecting Indicators for Assessing Community Sustainable Resilience, *Risk Analysis*, 2019, Vol. 39, No. 11.

Dundon, L.A., and M. Abkowitz, Regulatory and Private Approaches to Addressing Impacts to Transportation Infrastructure from Oil and Gas Operations in Rural Communities: Using the Law to Build a Policy Toolkit for Local Planners. *Transportation Law Journal*, 2018, 45, 95.

Dundon, L.A., M. Abkowitz, J. Camp and C. Philip.  Assessing Impacts to Transportation Infrastructure from Oil and Gas Extraction in Rural Communities: A Case Study in the Mississippi Tuscaloosa Marine Shale Oil Play, *Journal of Rural and Community Development*, 2018, 13(2), 16-38.

Abkowitz, M., A. Jones, L.A. Dundon and J. Camp.  Performing a Regional Transportation Asset Extreme Weather Vulnerability Assessment, *Transportation Research Procedia*.

10

Nelson, K., J. Camp, C. Philip and M. Abkowitz. An Agent-Based Model of Navigable Inland Waterway Tow Operation Procedures, *Transportation Research Record,* 2017, DOI: 10.3141/2611-02.

Abkowitz, M. and J. Camp. 2017. Structuring an Enterprise Risk Assessment Protocol: Traditional Practice and New Methods, *Risk Management and Insurance Review*, Vo. 20, No. 1, pp. 79-97.

Thabrew, L., D. Perrone, A. Ewing, M. Abkowitz and G. Hornberger. 2017. Using Triple Bottom Line Metrics and Multi-Criteria Methodology in Corporate Settings, *Journal of Environmental Planning and Management*, https://doi.org/10.1080/09640568.2017.1289900.

Abkowitz, M. and E. Bickford. 2017. Development of Rail Accident Rates for Spent Nuclear Fuel Rail Shipments, *Proceedings of Waste Management 2017*.

Dundon, L., K. Nelson, J. Camp, M. Abkowitz and A. Jones. 2016. Using Climate and Weather Data to Support Regional Vulnerability Screening Assessments of Transportation Infrastructure, *Risks*, 4, 28; DOI 10.3390.

Banks, J., J. Camp and M. Abkowitz. 2016. A Screening Method for Bridge Scour Estimation and Flood Adaptation Planning Utilizing HAZUS-MH 2.1 and HEC-18, *Natural Hazards*, DOI 10.1007/s11069-016-2390-1.

Gormley, T., T. Markel, H. Jones, J. Wagner, D. Greely, J. Clarke, M. Abkowitz and J. Ostojic. 2016. Methodology for Analyzing Environmental Quality Indicators in a Dynamic Operating Room Environment, *American Journal of Infection Control*, DOI: http://dx.doi.org/10.1016/j.ajic.2016.11.001.

Abkowitz, M. and E. Bickford. 2016. Development and Application of the Stakeholder Tool for Assessing Radioactive Transportation (START), *Proceedings of Waste Management 2016*.

Abkowitz, M. and E. Bickford. 2016. Application of a Decision-Support Tool for Evaluating Radioactive Material Transportation Routing Options and Emergency Preparedness, *Proceedings of the 18th International Symposium on the Packaging and Transportation of Radioactive Materials*.

Worthy, R., M. Abkowitz and J. Clarke.  A Systematic Approach to the Evaluation of RCRA Disposal Facilities under Future Climate-Induced Events, *Remediation*, Spring 2015, pp. 71-81.

Dundon, L.A., M. Abkowitz and J. Camp. The Real Value of Refocus as a Regulatory Tool: A National Survey of State Regulators, *Energy Policy*, 87 (2015), pp. 496-504.

11

Nelson, K., M. Abkowitz and J. Camp. A Method for Creating High Resolution Maps of Social Vulnerability in the Context of Environmental Hazards, *Applied Geography*, Volume 63, September 2015, pp. 89-100.

Abkowitz, M. and E. Bickford. 2015. Stakeholder Tool for Assessing Radioactive Transportation (START), *Proceedings of the International High Level Radioactive Waste Management Conference*.

Banks, J., J. Camp and M. Abkowitz. Adaptation Planning for Floods: A Review of Available Tools, *Natural Hazards*, Vol. 70, No. 2, 2014.

Banks, J., J. Camp and M. Abkowitz. Scale and Resolution Considerations in the Application of HAZUS-MH 2.1 to Flood Risk Assessments, *Natural Hazards Review*, 2014, DOI: http://dx.doi.org/10.1061/(ASCE)NH.1527-6996.0000160.

Nay, J., M. Abkowitz, E. Chu, D. Gallagher and H. Wright. A Review of Decision-Support Tools for Adaptation to Climate Change in the Context of Development, *Climate and Development*, April, 2014.

Bronzini, M., M. Abkowitz, M. Baird and J. Camp. 2014. Developing a Toolkit for Hazardous Materials Transportation Education, *Transportation Research Record*, DOI: http://dx.doi.org/10.3141/2411-12.

Worthy, R.W., J.H. Clarke and M.D. Abkowitz, Near-Surface Disposal Performance Assessment: Modeling Monthly Precipitation and Temperature in Various Climate Environments, *Remediation*, Vol. 23, No. 4, 2013, pp. 99-108.

Camp, J., M. Abkowitz, G. Hornberger, L. Benneyworth and J. Banks, Climate Change and Freight Transportation Infrastructure: Current Challenges for Adaptation, *Journal of Infrastructure Systems*, Vol. 19, No. 4, 2013, pp. 363-370.

Worthy, R.W., J.H. Clarke and M.D. Abkowitz, Simulating the Impact of Cover Degradation on RCRA Landfill Performance, *Remediation*, Vol. 23, No. 4, 2013, pp. 109-122.

Tate, W. and M. Abkowitz, Emerging Technologies Applicable to Hazardous Materials Transportation Safety and Security, *Journal of Transportation Safety & Security*, 4:244-257, 2012.

Abkowitz, M. and S. Chatterjee, Regional Disaster Risk: Assessment and Mitigation Concepts in an All-Hazards Context, *Journal of Homeland Security and Emergency Management*, Volume 9, Issue 1, 2012.

Kersh, E., J. Dobbins and M. Abkowitz, Truck Diversion Routing Using Geographic Information Systems, *Transportation Research Record*, No. 2288, pp. 74-82.

Chatterjee, S. and M. Abkowitz. A Methodology for Modeling Regional Terrorism Risk, *Risk Analysis*, Vol. 31, No. 7, 2011, pp. 1133-1140.

Ewing, A., L. Thabrew, D. Perrone, M. Abkowitz and G. Hornberger. Insights on the Use of Hybrid Life Cycle Assessment for Environmental Footprinting: A Case Study of an Inland Marine Freight Transportation Company, *Journal of Industrial Ecology*, Vol. 15, No. 6, 2011, pp. 937-950.

Abkowitz, M., D. Metlay and N. Mote. Recognizing Interdependencies in Design of Nuclear Fuel Cycle and Transportation of SNF and HLW, *Packaging, Transport, Storage and Security of Radioactive Material*, Vol. 22, No. 1, 2011, pp. 41-45.

Daniel, E., J. Camp, E. LeBoeuf, J. Penrod, J. Dobbins and M. Abkowitz, Watershed Modeling and its Applications: A State-of-the-Art Review, *The Open Hydrology Journal*, Vol. 5, 2011, pp. 26-50.

Spradley, L., M. Abkowitz and J. Clarke. Estimating Surface Facility Throughput during the Preclosure Emplacement Period at Yucca Mountain, *Nuclear Technology*, Vol. 169, No. 2, 2010, pp. 180-194.

Daniel, E., J. Dobbins and M. Abkowitz. Development of a Web-Based Foreign Waterborne Cargo Data System in the United States, *Transportation Research Record*, No. 2166, 2010, pp. 28-36.

Camp, J.S., M. Abkowitz and E. LeBoeuf. Application of an Enhanced Spill Management Information System to Inland Waterways, *Journal of Hazardous Materials*, Vol. 175, 2010, pp. 583-592.

Dobbins, J. and M. Abkowitz. Use of Advanced Information Technologies for Marine Accident Data Analysis Visualization and Quality Control, *Journal of Transportation Safety & Security*, Vol. 2, No. 1, 2010, pp. 1-13.

Camp, J.S., M. Abkowitz and E. LeBoeuf. Inland Waterway Resource and Spill Management Needs of Southeastern U.S., *Disaster Prevention and Management*, Vol. 19, No. 4, 2010, pp. 483-497.

Spradley, L., M. Abkowitz and J. Clarke. Estimating the Frequencies of Drop Events during the Preclosure Emplacement Period at Yucca Mountain, Nevada, *Nuclear Technology*, Vol. 170, No. 2, 2010, pp. 322-335.

Chatterjee, S. and M. Abkowitz, A Proof-of-Concept Study for Analyzing Hazmat Transportation Risks in an All-Hazards Environment, *Journal of Transportation Safety & Security*, Vol. 1, 2009, pp. 135-151.

Daniel, E. D. Bryant, J. Dobbins, I. Watts, A. Mills and M. Abkowitz. St. Kitts Land Resource Analysis, *URISA Journal*, Vol. 21, No. 1, 2009, pp.11-20.

Spradley, L., M. Abkowitz and J. Clarke, Evaluation of Transportation and Acceptance Strategies Associated with the Potential Yucca Mountain Waste Transportation System, *Nuclear Technology*, Vol. 165, No. 2, 2009, pp. 209-222.

Bryant, D.L., and M.D. Abkowitz, "Development of a Terrestrial Chemical Spill Management System", *Journal of Hazardous Materials*. Vol. 147, 2007, pp. 78-90.

Bryant, D.L., and M.D. Abkowitz, "Estimation of Terrestrial Chemical Spill Risk Factors Using a Modified Delphi Approach", *Journal of Environmental Management*. Vol. 85, No. 1, 2007, pp. 112-120.

Abkowitz, M.D., J. Allen, A. Greenberg, M. Lepofsky and T. McSweeney, "An Evolving Paradigm for Managing Hazardous Materials Transportation Risk", *International Journal of Critical Infrastructures.* Vol. 3, Nos. 3/4, 2007, pp. 268-286.

Spradley, L., M.D. Abkowitz and J. Clarke, "A Risk Assessment Methodology for Intentional Chemical and Biological Contamination of Distribution Systems, *Journal of Homeland Security and Emergency Management*, Vol. 3, No. 3, 2006.

Shepherd, K.E., M.E. Baird, M.D. Abkowitz and F. Wegmann, "Transportation and Emergency Services: Identifying Critical Interfaces, Obstacles and Opportunities", *Transportation Research Record*, No. 1959, 2006, pp. 55-64.

Daniel, E.B. and M.D. Abkowitz, "Predicting Storm-Induced Beach Erosion in Caribbean Small Islands", *Coastal Management,* Vol. 33, No. 1, 2005, pp. 53-70.

Daniel, E.B. and M.D. Abkowitz, "Improving the Design and Implementation of Beach Setbacks in Caribbean Small Islands", *URISA Journal,* Vol. 1, No. 17, 2005, pp. 53-65.

Martin, P.H., E.J. LeBoeuf, E.B. Daniel, J.P. Dobbins and M.D. Abkowitz, "Interfacing Geographic Information Systems (GIS) with Water Resources Models: A State-of-the-Art Review", *Journal of the American Water Resources Association*, Vol. 41, No. 6, 2005, pp. 1471-1487.

Minor, J.W. and M.D. Abkowitz, "An Integrated Risk Communication System for the Transport of Hazardous Materials", *Packaging, Transport, Storage & Security of Radioactive Material*, Vol. 15, No. 1, 2004, pp. 43-56.

Martin, P.H., E.J. LeBoeuf, E.B. Daniel, J.P. Dobbins, and M.D. Abkowitz, "Development of a GIS-Based Spill Management Information System", *Journal of Hazardous Materials*, 2004, pp. 239-252.

14

Dobbins, J.P. and M.D. Abkowitz, "Development of a Centralized Inland Marine Hazardous Materials Response Database", *Journal of Hazardous Materials*, Vol. B102, 2003, pp. 201-216.

Daniel, E.B. and M.D. Abkowitz, "Development of Beach Analysis Tools for Caribbean Small Islands", *Coastal Management*, Vol. 31, No. 3, 2003, pp. 255-275.

Dobbins, J.P. and M.D. Abkowitz, "Development of an Inland Marine Transportation Risk Management Information System", *Transportation Research Record*, National Academy of Sciences, No. 1782, 2002, pp. 31-39.

Abkowitz, M.D., "Environmental Risk Communication", *Environmental Protection*, November/December 2002, pp. 44-49.

Abkowitz, M., J. DeLorenzo, R. Duych, A. Greenberg and T. McSweeney, "Assessing the Economic Impact of Incidents Involving Truck Transport of Hazardous Materials", *Transportation Research Record*, National Academy of Sciences, No. 1763, 2001, pp.125-129.

Shepherd, K., M. Abkowitz and M. Cohen. "Online Corporate Environmental Reporting: Improvements and Innovation to Enhance Stakeholder Value", *Corporate Environmental Strategy*, Vol. 8, No. 4, 2001, pp. 307-315.

Abkowitz, M., M. Cohen, S. Buck, D. Case and P. Drake, "Environmental Information Disclosure and Stakeholder Involvement", *Corporate Environmental Strategy*, Vol. 6, No. 4, 1999, pp. 415-424.

Abkowitz, M. "Risk Management Process Development," *Strategic Environmental Management*, Vol. 1, No. 2, 1998, pp. 155-163.

Abkowitz, M. "Surveying the Risk Management Landscape," *Strategic Environmental Management*, Vol. 1, No. 1, 1998, pp. 13-15.

Abkowitz, M. and E. Meyer, "Technological Advancements in Hazardous Materials Evacuation Planning," *Transportation Research Record*, National Academy of Sciences, No. 1522, 1996, pp. 116-121.

Raj, P., M. Abkowitz and J. Allen, "A Screening Model for Calculating the Risks of Transportation High Level Radioactive Waste," *RAMTRANS*, Vol. 7, Nos. 2/3, pp. 143-152.

Lepofsky, M., M. Abkowitz and P. Cheng, "Transportation Hazard Analysis in an Integrated GIS Environment," *Journal of Transportation Engineering*, Vol. 119, No. 2, 1993, pp. 239-254.

Hancock, K, M. Abkowitz and M. Lepofsky, "Assessing Hazardous Materials Emergency Response Capability: Methodological Development and Application," *Transportation Research Record*, National Academy of Sciences, No. 1383, 1993, pp. 67-76.

Abkowitz, M., M. Lepofsky and P. Cheng, "Selecting Criteria for Designating Hazardous Materials Highway Routes," *Transportation Research Record*, National Academy of Sciences, No. 1333, 1993, pp. 30-35.

Abkowitz, M., et al., "State and Local Issues in Transportation of Hazardous Materials: Towards a National Strategy," *Transportation Research Record*, No. 1313, National Academy of Sciences, 1992, pp. 49-54.

Abkowitz, M., E. Hauser, L. Minor and S. Walsh, "Adaptation of GIS to Highway Management," *Journal of Transportation Engineering*, Vol. 116, No. 3, 1990, pp. 310-327.

Abkowitz, M., P. Cheng and M. Lepofsky, "The Use of Geographic Information Systems (GIS) in Managing Hazardous Materials Shipments," *Transportation Research Record*, No. 1261, National Academy of Sciences, 1990, pp. 35-43.

Abkowitz, M., M. Karakouzian and J. Cardle, "Developing an Impact Analysis System for the Transport of High-Level Nuclear Waste," *Transportation Research Record*, No. 1264, National Academy of Sciences, 1990, pp. 42-50.

Abkowitz, M. and M. Lepofsky, "Implementing Headway-Based Reliability Control on High Frequency Transit Routes," *Journal of Transportation Engineering*, Vol. 116, No. 1, 1990, pp. 49-63.

Abkowitz, M., "Availability and Quality of Data for Assessing Heavy Truck Safety," *Transportation Quarterly*, Vol. 44, No. 2, 1990, pp. 203-230.

Abkowitz, M. and P. Cheng, "Hazardous Materials Transport Risk Estimation under Conditions of Limited Data Availability," *Transportation Research Record*, No. 1245, National Academy of Sciences, 1989, pp. 14-22.

Abkowitz, M., G. List and A. Radwan, "Critical Issues in the Safe Transport of Hazardous Materials," *Journal of Transportation Engineering*, Vol. 115, No. 6, 1989, pp. 608-629.

Abkowitz, M. and P. Cheng, "A Risk/Cost Framework for Routing Truck Movements of Hazardous Materials," *Accident Analysis and Prevention*, Vol. 20, No. 1, 1988, pp. 39-51.

Abkowitz, M. and J. Tozzi, "Research Contributions to Managing Transit Service Reliability," *Journal of Advanced Transportation*, Vol. 21, No. 1, 1987, pp. 47-65.

Abkowitz, M. and G. List, "Hazardous Materials Transportation Incident/Accident Information Systems," *Transportation Research Record*, No. 1148, National Academy of Sciences, 1987, pp. 1-8.

Abkowitz, M., A. Eiger and I. Engelstein, "Optimal Control of Headway Variation on Transit Routes," *Journal of Advanced Transportation*, Vol. 20, No. 1, 1986, pp. 73-88.

List, G. and M. Abkowitz, "Towards Improved Hazardous Materials Flow Databases," *Journal of Hazardous Materials*, Vol. 17, 1988, pp. 287-304.

List, G. and M. Abkowitz, "Estimates of Current Hazardous Materials Flow Patterns," *Transportation Quarterly*, Vol. 40, 1986, pp. 483-502.

List, G., M. Abkowitz and E. Page, "Information Sources for Hazardous Materials Flow Analyses," *Transportation Research Record*, No. 1063, National Academy of Sciences, 1986, pp. 15-21.

Abkowitz, M. and J. Tozzi, "Transit Route Characteristics and Headway-Based Reliability Control*,*" *Transportation Research Record*, No. 1078, National Academy of Sciences, 1986, pp. 11-16.

Abkowitz, M., R. Josef, J. Tozzi and M. Driscoll, "Operational Feasibility of Timed Transfer in Transit Systems," *Journal of Transportation Engineering*, Vol. 113, No. 2, 1987, pp. 168-177.

Abkowitz, M. and S. Violette, "Performance Measures for New York State Intercity Buses," *Journal of Transportation Engineering*, Vol. 111, No. 5, 1985, pp. 521-553.

Abkowitz, M. and J. Galarraga, "Tanker Accident Rates and Expected Consequences in U.S. Ports and High Seas Regions," *Recent Advances in Hazardous Materials Transportation Research*, National Academy of Sciences, 1986, pp. 161-168.

Abkowitz, M. and M. Driscoll, "Automatic Fare Collection: A Synthesis of Current Practice," *Transport Reviews*, Vol. 7, No. 1, 1987, pp. 53-63.

Abkowitz, M. and I. Engelstein, "Methods for Maintaining Transit Service Regularity," *Transportation Research Record*, No. 961, National Academy of Sciences, 1984, pp. 1-8.

Abkowitz, M., A. Eiger and S. Srinivasan, "Estimation of Release Rates and Costs of Transporting Hazardous Wastes," *Transportation Research Record*, No. 977, National Academy of Sciences, 1984, pp. 22-30.

Abkowitz, M., "Microcomputer Training for Transit Managers," *Transportation Research Record*, No. 980, National Academy of Sciences, 1984, pp. 89-92.

Abkowitz, M., and I. Engelstein, "Factors Affecting Running Time on Transit Routes," *Transportation Research*, Vol. 17A, No. 2, pp. 107-113.

17

Abkowitz, M., and I. Engelstein, "Temporal and Spatial Dimensions of Running Time in Transit Systems (abridgment)," *Transportation Research Record*, No. 877, National Academy of Sciences, 1982, pp. 64-67.

Heaton, C., M. Abkowitz, D. Damm and J. Jacobsen, "Impacts and Effectiveness of Third-Party Vanpooling," *Transportation Research Record*, No. 823, National Academy of Sciences, 1981, pp. 31-40.

Newman, D., M. Abkowitz and D. Sharfarz, "A Retrospective View of Dial-A-Ride in Rochester, NY," *Transportation Research Record*, No. 818, National Academy of Sciences, 1981, pp. 26-32.

Abkowitz, M., "An Analysis of the Commuter Departure Time Decision," *Transportation*, Vol. 10, 1981, pp. 283-297.

Abkowitz, M., "Understanding the Effect of Service Reliability on Work Travel Behavior," *Transportation Research Record*, No. 794, National Academy of Sciences, 1981, pp. 33-41.

Abkowitz, M. and M. Ott, "A Review of Recent Demonstration Experiences with Paratransit Services," *Transportation Research Record*, No. 778, National Academy of Sciences, 1981, pp. 13-19.

Abkowitz, M. and R. Furniss, "The Implementation of Shared-Ride Taxi Service: The Westport Experience," *Transit Journal*, Vol. 5, No. 2, 1979, pp. 45-62.

## Books
Abkowitz, M., *The World According to Humpty Dumpty: The New Normal of Managing Risk*, 2024, ISBN 9798868336164.

Abkowitz, M., *Operational Risk Management – A Case Study Approach to Effective Planning and Response*, John Wiley & Sons, Hoboken, New Jersey, 2008, ISBN 978-0-470-25698-5.

## Book Chapters
Abkowitz, M., "Transportation of Nuclear Materials", *Introduction to Nuclear Fuel Cycle Chemistry*, Vanderbilt University Press, 2011.

Abkowitz, M., "Managing Operational Risks Using an All-Hazards Approach," *QFINANCE - The Ultimate Resource*, Bloomsbury Publishing, 2009.

Lepofsky, M., M. Abkowitz and P. Cheng, "Transportation Hazard Analysis in an Integrated GIS Environment," *Computer Supported Risk Management*, Kluwer Academic Publishers, 1995, pp. 115-132.

18

Abkowitz, M., "Working Together to Build a Safer Future," *Transportation of Hazardous Materials*, Kluwer Publishers, 1993, pp. 85-102.

Abkowitz, M., K. Hancock and R. Waters, "Perspectives on a Transportation Corridor Risk Analysis," *Transportation of Dangerous Goods: Assessing the Risks*, Institute for Risk Research, 1993, pp. 453-468.

## Published Proceedings

Abkowitz, M., E. Kopstain, C. Philip, LO. Shoup, W. Barbour, A. George, E. Hafkenschiel and A. Majewski.  Complete Campus: Vanderbilt's Integrated Transportation Demand Management and Enhanced Mobility Program, *Transportation Research Procedia*, 2019.

Abkowitz, M. and E. Bickford.  Tools to Evaluate Transportation Infrastructure and Emergency Preparedness on Potential Radioactive Materials Shipment Routes, *Proceedings of the 19th International Symposium on the Packaging and Transportation of Radioactive Materials*, 2019.

Rowe, G., M. Abkowitz, N. Mote and B. Kirstein.  Nuclear Waste Assessment System for Technical Evaluation (NUWASTE), *Proceedings of the International High-Level Radioactive Waste Management Conference*, 2011.

Abkowitz, M. and J. Camp.  An Application of Enterprise Risk Management in the Marine Transportation Industry, *Proceedings of Disaster Management 2011*.

Spradley, L., M. Abkowitz, and J. Clarke, "Evaluating the Impact of Using the Transport, Aging, and Disposal (TAD) Canister on Pre-Closure Operations for the Proposed Repository for High Level Waste at Yucca Mountain, NV", *Waste Management Conference*, 2008.

Smith, J., M. Abkowitz, E. LeBoeuf, E. Daniel, and J. Dobbins.  "Development of a Water Quality Management and Spill Response Information System", *AWRA Spring Specialty Conference on GIS and Water Resources*, 2008.

Smith, J.V., M.D. Abkowitz and E.J. LeBoeuf. "Preliminary Water Quality Management and Spill Response Stakeholder Information Needs Assessment".  *Tennessee American Water Resources Association Conference*, 2007.

Greenberg, A., M.D. Abkowitz, D. Blower, M. Lepofsky and T. McSweeney, "Hazardous Materials Serious Truck Crash Analysis: Phase II Insights", *Truck & Bus Safety & Security Symposium,* 2005.

Abkowitz, M.D., J. Allen, A. Greenburg, M. Lepofsky and T. McSweeney, "Assessing Safety & Security Risks for Truck Shipments of Hazardous Materials", *World Conference on Transportation Research*, 2004.

Abkowitz, M.D., "Transportation Risk Management: A New Paradigm", *Transportation Security Workshop*, 2002.

Abkowitz, M., J. DeLorenzo, R. Duych, A. Greenberg and T. McSweeney, "Comparative Risk Assessment of Hazmat and Non-Hazmat Truck Shipments", *World Conference on Transport Research,* 2001.

Abkowitz, M., "Risk Assessment and Emergency Management Information Tools for Planning and Real-Time Applications", *Beyond Regulatory Compliance: Making Safety Second Nature*, Proceedings of the Mary Kay O'Connor Process Safety Center Annual Symposium, 1999, pp. 588-607.

Abkowitz, M. "Risk Management in Transportation," *National HazRegs Safety Conference*, 1998, pp. 159-186.

Parker, F., M. Abkowitz, K. Ayers, et al., "Economic, Risk and Efficacy Analysis of Recycling Radioactively Contaminated Concrete," *Topical Meeting on Decommissioning*, *Decontamination and Reutilization of Commercial and Government Facilities*, 1997.

Lepofsky, M. and M. Abkowitz, "RiskMap: The Next Generation of Environmental Risk Management and Emergency Response Planning," *ESRI Annual Conference*, 1997.

Abkowitz, M. and T. Greene, "Striking the Balance: Environmental Excellence in the Successful Business," *Hazmat International*, June 1996.

Abkowitz, M., "Data Needs for Performing Environmental Risk Management," *Annual ESRI User Conference*, 1996.

Abkowitz, M., "Strategies for Assessing and Managing Hazardous Materials Transport Risk," *Annual Loss Prevention Symposium*, 1996.

Lepofsky, M., M. Abkowitz and P. Cheng, "GIS-T for Environmental Hazards Analysis and Incident Management," *Geographic Information Systems for Transportation Symposium*, 1991.

Abkowitz, M. and K. Zografos, "State and Local Issues in Transportation of Hazardous Waste Materials: Towards a National Strategy," *Proceedings of the National Conference on Hazardous Materials Transportation*, ASCE, 1990.

Abkowitz, M., M. Driscoll and G. List, "A Multi-Modal Assessment of Hazardous Materials Transport Risk," *World Conference on Transport Research*, 1986.

## Other Media/Publications

20

National Academies of Sciences, Engineering and Medicine. *Motivating Local Climate Adaptation and Strengthening Resilience: Making Local Data Trusted, Useful and Used*, Washington, DC, DOI 10.17226/26261, 2021.

National Academies of Sciences, Engineering and Medicine. *Enhancing Community Resilience through Social Capital and Connectedness: Stronger Together!,* Washington, DC, DOI 10.17226/26123, 2021.

Can Your Community Handle a Natural Disaster and Coronavirus at the Same Time? *The Conversation*, April 30, 2020.

It's Hurricane Preparedness Week, and Communities Aren't Ready for Both Coronavirus and a Disaster. *The Conversation*, May 5, 2020.

Climate Adaptation is a Necessity and No Longer an Option. *The Hill*, October 13, 2020.

How are Vanderbilt Engineering Researchers Saving Lives? *The Engineering VU*, October 20, 2020.

MoveVU Travels on with $8.4M to Help Reduce Traffic Jams Near Campus, Improve City Air Quality, *VUSE News*, October 23, 2020.

Dundon, L.A. and M. Abkowitz. Extreme Weather and Climate Change: How DOTs and MPOs are Managing the Risks. *EnviroStructure*, November 13, 2015.

Subways, Tunnels Resume Partial Operation Following Hurricane Sandy Closures, contributor, *Huffington Post*, November 1, 2012.

Transportation Research Board, *Emerging Technologies Applicable to Hazardous Materials Transportation Safety and Security, Hazardous Materials Cooperative Research Program*, No. 4, 2012.

*Sustainable Tennessee, Sustaining Tennessee in the Face of Climate Change: Grand Challenges and Opportunities*, August 2012.

Transportation Research Board, *Role of Human Factors in Preventing Cargo Tank Rollovers, Hazardous Materials Cooperative Research Program*, No. 7, 2012.

U.S. Nuclear Waste Technical Review Board. *Experience Gained from Programs to Manage High-Level Radioactive Waste and Spent Nuclear Fuel in the United States and Other Countries*, April 2011.

U.S. Nuclear Waste Technical Review Board. *Nuclear Waste Assessment System for Technical Evaluation (NUWASTE): Status and Initial Results*, June 2011.

21

U.S. Nuclear Waste Technical Review Board. *Technical Advancements and Issues Associated with the Permanent Disposal of High-Activity Wastes: Lessons Learned from Yucca Mountain and Other Programs*, June 2011.

Drilling for Answers: What Can the BP Oil Spill Disaster Teach Finance Executives About Risk?, *CFO*, May 20, 2010.

Transportation Research Board.  *Hazardous Materials Transportation Incident Data for Root Cause Analysis*, Hazardous Materials Cooperative Research Program, 2009.

Spradley, L., M. Abkowitz and J. Clarke.  The Potential Impact of Using TAD Canisters on Yucca Mountain Preclosure Operations, *Radwaste Solutions*, March/April 2009.

U.S. Nuclear Waste Technical Review Board. *Survey of National Programs for Managing High-Level Radioactive Waste and Spent Nuclear Fuel*, October 2009.

Abkowitz, M.D. World-Class Protection a Long Way Off, guest column, *New Orleans Times-Picayune*, September 5, 2008.

Abkowitz, M.D.  New Orleans Isn't Better Protected, Just Luckier So Far, guest column, *Herald Tribune*, September 9, 2008.

Abkowitz, M.D. Risk Management Policy Long Overdue, guest column, *The Tennessean*, September 12, 2008.

Abkowitz, M.D. Houston got it Right with Ike, guest column, *Austin American-Statesman*, September 17, 2008.

Abkowitz, M.D. "Tracking and Reporting of Underground Storage Tanks", *Environmental Law*, May 2006.

Appeared on national broadcast of PBS "Talk of the Nation" to discuss issues involving transport of hazardous materials by rail, February 8, 2005.

Appeared on Fox National News and CNBC to discuss post-Katrina risks to the future safety of New Orleans and desirable recovery strategies, September 2005.

Abkowitz, M., "Financial Valuation of Risk Management Initiatives," *Hazmat Risk Management Review*, Vol. 4, No. 1, 1997, pp. 3-6.

Abkowitz, M., "The ABC's of Risk Management," interview with *Environmental Waste Reporter*, May 1996, pp. 5-29.

22

Abkowitz, M., "Risk Management: New Paradigm, New Priorities," interview with *Environment Today*, April 1995, p. 19, 28.

Abkowitz, M., "The Perils of Designating Hazmat Routes," *Responsible Transport*, Vol. 2, No. 1, 1995, pp. 1-2.

Abkowitz, M., P. Cheng and M. Lepofsky, "Ship it by GIS," *Civil Engineering*, April 1990, pp. 64-66.

## Presentations

"Transportation Resilience 2023", Annual Meeting of the Transportation Research Board, Washington, DC, January 2024.

"Development of Accident Rates for Commercial Spent Nuclear Fuel Rail Shipments", Waste Management Symposia, Phoenix, March 2024.

"Development of Dose Estimates for U.S. Transport of Spent Nuclear Fuel", Waste Management Symposia, Phoenix, March 2024.

"Leveraging AASHTO and TRB Transportation Resilience Collaborations", AASHTO Transportation System Security & Resilience Annual Meeting, Virginia Beach, June 2024.

"Development of Accident Rates for Commercial Spent Nuclear Fuel Rail Shipments", Department of Energy Transportation Core Group Meeting, Boston, September 2024.

"Stakeholder Tool for Assessing Radioactive Transportation (START)", Consent-Based Siting Consortia Webinar, U.S. Department of Energy, April 2024.

"Extreme Weather and Climate Change Adaptation Research Needs", Transportation Resilience 2023: International Conference on Extreme Weather and Climate Change Challenges, November 2023.

"Structuring a Long-Term Extreme Weather and Climate Resilience Research Agenda", TRB Annual Meeting workshop session, January 2023.

"Tools to Support Environmental Justice Through Informed Participation in Consent-Based Siting of Nuclear Waste", National Environmental Justice Conference, March 2023.

"Tools to Support Informed Participation in Consent-Based Siting of Spent Nuclear Fuel and High-Level Waste", Waste Management Symposia, March 2023.

"Development of Transportation Radiological Risk Assessment Methods for U.S. Transport of Spent Nuclear Fuel", International Symposium on the Packaging and Transportation of Radioactive Materials, June 2023.

23

"Transportation Resilience Addressing Climate Change Challenges", Transportation Research Board webinar, July 2023.

"Tennessee Department of Transportation: PROTECT Investment Prioritization Strategy", Transportation Resilience 2023: International Conference on Extreme Weather and Climate Change Challenges, November, 2023.

"Stakeholder Tool for Assessing Radioactive Transportation (START): Background & Status", National Transportation Stakeholders Forum, June 2022.

"Verification and Validation of the Stakeholder Tool for Assessing Radioactive Transportation (START)", Waste Management 2022, March 2022.

"Managed Retreat – Difficult but Necessary", *Annual Meeting of the World Road Association*, February 2022.

"Transportation Issues in Managing Retreat from High-Risk Areas: When, Whether and How?", *Transportation Research Board Webinar*, March 2021.

"Integrating Extreme Weather & Natural Hazard Resilience into TDOT Decision-Making Processes and Operating Procedures", *Chattanooga Resilience Workshop*, March 2021.

"When, Where and How: Understanding Infrastructure Interdependencies", *At What Point Managed Retreat: Resilience, Relocation and Climate Justice*, June 2021.

"Making the Business Case for Investment in Transportation Asset Resilience: The Tennessee Experience", *Adaptation Futures*, October 2021.

"Data-Driven Methods for Constructing Decision Models to Bolster Community Resilience to Natural Disasters", *Society for Risk Analysis Annual Meeting*, December 2021.

"Transportation Resilience: Key Takeaways and Lessons Learned", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2020.

"Comparative Review of Peer City Scooter Policy: City-to-City and Temporal Assessment", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2020.

"Coronavirus Conversations", *Duke University*, July 2020.

"Resiliency in Transportation", *The Sustainable Transportation Forum*, Nashville, November 2020.

"Flood Risk and Resilience: Enhancing Rural Communities' Ability to Prepare for and Respond to Flood Events", *American Geophysical Union (AGU) Annual Meeting*, December 2020.

"The Agriculture/Transportation Climate Change Resilience Nexus: The Case of Developing Nations", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2019.

"Should I Stay or Should I Go? – When to Stop Shielding Assets and Relocate Them", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2019.

"Factors Influencing the Evaluation of Spent Fuel Rail Routes", *Annual Waste Management Meeting*, Phoenix, March 2019.

"Building Public Understanding of Operations and Safety of SNF Transport by Rail in the U.S.", *International High Level Radioactive Waste Management Symposium*, Knoxville, April 2019.

"How Critical is Access to Key Facilities in a Flood Event?", *Association of Flood Plain Managers Annual Conference*, Cleveland, May 2019.

"Complete Campus: Vanderbilt's Integrated Transportation Demand Management & Enhanced Mobility Program", *World Conference on Transport Research*, Mumbai, May 2019.

"Tools to Evaluate Transportation Infrastructure & Emergency Preparedness on Potential Radioactive Materials Shipment Routes, *International Symposium on the Packaging and Transportation of Radioactive Materials*, New Orleans, August 2019.

"Building Public Understanding of Transporting SNF by Rail in the U.S. – Lessons Learned from a Routing Workshop", *International Symposium on the Packaging and Transportation of Radioactive Materials*, New Orleans, August 2019.

"Center for Transportation and Operational Resiliency", *K.C. Chamber of Commerce Leadership Exchange*, Nashville, September 2019.

"Building Resilient Communities in the Face of Extreme Weather", *Inside Climate Workshop*, Nashville, September 2019.

"Managed Retreat – When, Whether and How?", *2nd International Conference on Resilience to Natural Hazards and Extreme Weather Events*, Washington, DC, November 2019.

"Risk Perception and Communication", *Annual Meeting of the Transportation Research Board*, National Academy of Sciences, Washington, DC, January 2018.

"Building Resilient Communities in the Face of Extreme Weather", *River Talks*, Nashville, April 2018.

"Sustainable and Resilient Infrastructure: A Necessary Growth Strategy", *Adapt Americas*, Panama City, Panama, May 2018.

Building Community Resilience and Adaptive Capacity Using an Integrated Assessment Framework", *Adaptation Futures*, Cape Town, South Africa, June 2018.

"Cyber-Physical Applications for Maritime Freight Transportation Systems", *Fifth Biennial Marine Transportation System Research and Technology Conference*, Washington, DC, June 2018.

"Extreme Weather & Adaptation", *Inside Climate News Workshop*, Nashville, September 2018.

Securing the Freight Flow Supply Chain", *Transportation Resilience Innovations Summit and Exchange*, Denver, October 2018.

"Fostering Research/Practitioner Partnerships", *Transportation Resilience Innovations Summit and Exchange*, Denver, October 2018.

"Failure Mode Analysis and Implications for Sustainable Resilience of Flood Protection Infrastructure in the U.S.", *INFORMS 2018*, Phoenix, November 2018.

"Indicators for Assessing and Achieving Resilient and Sustainable Communities", *Society for Risk Analysis – Europe Annual Conference*, Lisbon, June 2017.

"Quantifying Social Resilience and Evaluating Climate Change Adaptation Strategies", *3rd European Climate Change Adaptation Conference*, Glasgow, June 2017.

"Assessing the Impacts to Transportation Infrastructure from Oil and Gas Extraction in Rural Communities: A Case Study in the Mississippi Tuscaloosa Marine Shale Oil Play", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2017.

"Application of a Decision-Support Tool for Evaluating Radioactive Material Transportation Routing Options and Emergency Preparedness", *PATRAM*, Kobe, September 2016.

"Performing a Regional Transportation Asset Extreme Weather Vulnerability Assessment", *World Conference on Transport Research*, Shanghai, July 2016.

"U.S. DOE Nuclear Fuel Storage and Transportation Planning Project Modeling Tools", *American Nuclear Society Annual Meeting*, New Orleans, June 2016.

"Stakeholder Tool for Assessing Radioactive Transportation: Background & Status", *National Transportation Stakeholders Forum*, Orlando, June 2016.

26

"The World According to Humpty Dumpty", *Society for Information Management*, Nashville, June 2016.

"A Regional Approach to Assess Transportation Infrastructure Vulnerability to Extreme Weather Events", *Adaptation Futures*, Rotterdam, May 2016.

"Development and Application of the Stakeholder Tool for Assessing Radioactive Transportation (START), *Waste Management 2016*, Phoenix, March 2016.

"Surface Transportation Resilience to Climate Change and Extreme Weather Events: Status and Path Forward", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2016.

"A Pilot Project: Assessing the Vulnerability of Tennessee Transportation Assets to Extreme Weather", *International Conference on Transportation Resilience to Climate Change and Extreme Weather Events*, Washington, DC, September 2015.

"Loss and Damage Estimation in Adapting to Climate Change and Extreme Weather in Developing Countries", *World Congress on Risk*, Singapore, July 2015.

"Assessing the Vulnerability of Tennessee Transportation Assets to Extreme Weather", *National Adaptation Forum*, St. Louis, MO, May 2015.

"Stakeholder Tool for Assessing Radioactive Transportation", *28th Annual Association of American Railroads Hazmat Seminar*, Addison, TX, May 2015.

"A Method for Creating High Resolution Maps of Social Vulnerability".  *Annual Meeting of American Association of Geographers*, Chicago, IL, April 2015.

"Estimating Loss and Damage", *9th International Conference on Community-Based Adaptation*, Nairobi, Kenya, April 2015.

"Assessing the Resilience of Critical Infrastructure to Climate Change and Extreme Weather Events", *InterAmerican Development Bank*, Washington, DC, January 2015.

"Tennessee DOT Extreme Weather Vulnerability Assessment", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2015.

"A Multi-Modal Freight Safety, Security and Environmental Routing Tool", *Mid-Continent Transportation Research Symposium*, Madison, WI, August 2014.

"Assessing the Vulnerability of Tennessee Transportation Assets to Extreme Weather", *Transportation Research Board Conference on Environmental Analysis in Transportation*, Nashville, TN, August 2014.

"Estimating the Effects of Extreme Weather on Transportation Infrastructure", *Mid-Continent Transportation Research Symposium*, Madison, WI, August 2014.

"How Vulnerable Are You to An Extreme Weather Event?", *World Conference on Disaster Management*, Toronto, ON, June 2014.

"Stakeholder Tool for Assessing Radioactive Transportation (START), *National Transportation Stakeholders Forum*, Minneapolis, MN, May 2014.

"Tennessee Extreme Weather Vulnerability Assessment", *National Conference on Transportation Asset Management*, Miami, FL, April 2014.

"Securing Finance by Mainstreaming Adaptation into Sub-National Government Development Planning", *Eighth International Conference on Community-Based Adaptation*, Kathmandu, Nepal, April 2014.

"Development and Application of an Enterprise Risk Assessment Tool for Transportation Agencies", *Logistics, Trade and Transportation Symposium*, Gulfport, MS, February 2014.

"Leveraging Community-Based Adaptation Needs into a Statewide Transportation Strategy", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2014.

"Improved Damage Assessment Techniques for More Cost-Effective Flood Disaster Management", *World Conference on Disaster Management*, Toronto, June 2013.

"Transportation Planning Development", *National Transportation Stakeholders Forum*, Buffalo, NY, May 2013.

"Employing a Systems Approach to Mainstreaming Community-Based Adaptation into National and Local Planning", *Seventh International Conference on Community Based Adaptation to Climate Change*, Dhaka, Bangladesh, April 2013.

"Developing a Toolkit for Hazardous Materials Transportation Education", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2013.

Lectures on enterprise risk management provided to Fedex Ground, Tennessee Valley Authority, University of Sao Paulo, 2012-2013.

Freight Transportation Adaptation to Climate Change: Current Needs", *Annual Meeting of the Transportation Research Board*, Washington, DC, January 2012.

"Community-Level Adaptive Response to a Natural Disaster Event: The Nashville Flood", *World Conference on Disaster Management*, Toronto, June 2012.

28

"Infrastructure Adaptation under Extreme Weather Conditions", *TN Sustainability Conference*, Nashville, August 2012.

"Prioritizing Environmental Footprint Reduction Alternatives: An Application of a Multi-Criteria Methodology in a Corporate Setting", *LCA XII*, Tacoma, September 2012.

"A Multi-Modal Freight Safety, Security and Environmental Routing Tool", *Mid-Continent Transportation Research Forum*, Madison, September 2012.

"Estimating the Effects of Extreme Weather on Transportation Infrastructure", *Mid-Continent Transportation Research Forum*, Madison, September 2012.

"Using Damage Assessment Models for Decision Support: Climate-Induced Flood Impacts to Communities and Infrastructure Systems", *Society for Risk Analysis Annual Meeting*, San Francisco, December 2012.

"Analysis of Modeling Capabilities to Predict Disposal Facility Cover Design and Performance at DOE Sites", *Waste Management Spring Meeting*, Phoenix, April 2011.

"Nuclear Waste Assessment System for Technical Evaluation (NUWASTE), *International High-Level Radioactive Waste Management Conference*, Albuquerque, April 2011.

"An Application of Enterprise Risk Management in the Marine Transportation Industry", *Disaster Management 2011*, Orlando, May 2011.

"Critical Infrastructure Adaptation to Climate Change: Assessment and Decision-Making", *World Conference on Disaster Management*, Toronto, June 2011.

"Climate Change Impacts on Critical Transportation Infrastructure", *ASCE Annual Meeting*, Memphis, October 2011.

"Indirect Emissions Reduction Opportunities for Freight Transportation Carriers", *LCA XI*, Chicago, October 2011.

"Impact of Anthropogenic Climate Change on Near Surface Disposal Facilities", *Waste Management Fall Meeting*, Washington, DC, November 2011.

"A Framework for Regional All-Hazards Risk Assessment and Mitigation", *Society for Risk Analysis Annual Meeting*, Charleston, SC, December 2011.

"Climate Change Impacts on Freight Transportation Infrastructure – Adaptation Strategies and Challenges", *Society for Risk Analysis Annual Meeting*, Charleston, SC, December 2011.

"Disaster Risk Management: Helping Humpty Dumpty Stay on the Wall", Vanderbilt Fall Faculty Assembly, August 2010.

"Adventures in Risk Management", *Duke University*, April 2010.

"Climate Change and Hazmat Transportation: Challenges and Opportunities", *Transportation Research Board Annual Meeting*, Washington, DC, January 2010.

"The Effects of Climate Change on Operational Risk Management", *OpRisk USA*, New York, March 2010.

"Operational Risk Management: A Recipe for Disaster……Or Not?", *TVA L-MAP Owen Executive Program*, Nashville, April 2010.

"Design and Implementation of an Advanced Spill Management Information System for Inland Waterways", *Tennessee Geographic Information Council Annual Conference*, Gatlinburg, April 2010.

"LCA for Strategic GHG Reduction in Inland Marine Freight Transportation", *4th Canadian Forum on the Life Cycle Management of Products and Services*, Montreal, May 2010.

"Disaster Risk Management: A Recipe for Success….or Not?", *20th World Conference on Disaster Management*, Toronto, June 2010.

"U.S. Nuclear Waste Technical Review Board: Mission and Focus", *International Partnership Workshop on Used Nuclear Fuel & High-Level Radioactive Waste*, Arlington, VA, September 2010.

"Alternative Methods for Incorporating PRA Concepts into the Safety Decision-Making Process", *Workshop on Risk Assessment & Safety Decision Making Under Uncertainty*, Bethesda, MD, September 2010.

"Recognizing Interdependencies in the Design of the Nuclear Fuel Cycle and the Transportation of SNF and HLW", *PATRAM*, London, October 2010.

"Can't We Do More to Prevent Disasters from Happening", *Vanderbilt Alumni Reunion*, Nashville, October 2010.

"A New Approach to Enterprise Risk Management: Methodology Development and Pilot Application", *Society for Risk Analysis Annual Meeting*, Salt Lake City, December 2010.

"An Extended Application for Assessing Hazmat Transportation Risks in an All-Hazards Context", *World Conference on Transportation Research*, Lisbon, July 2010.

"The Effects of Climate Change on Operational Risk Management", *OpRisk USA Annual Conference*, New York, March 2010.

"Climate Change and Hazmat Transportation: Challenges and Opportunities", *Transportation Research Board Annual Meeting,* Washington, DC, January 2010.

"A Methodology for Modeling Regional Terrorism Risk", *Annual Conference for the Society for Risk Analysis,* December 2009.

"Transportation of Radioactive Materials", *Introduction to Nuclear Fuel Cycle Chemistry*, CRESP executive management course, Arlington, VA, August 2009.

"Managing Operational Risks in an Increasingly Complex World", *VALDOR*, Stockholm, June 2009.

"Operational Risk Management: A Recipe for Disaster……Or Not?", *PARMA Annual Conference*, Palm Springs, CA, February 2009.

"A Proof-of-Concept Study for Analyzing Hazmat Transportation Risks in an All Hazards Environment", *Transportation Research Board Annual Meeting*, Washington, DC, January 2009.

"Use of Advanced Information Technologies for Marine Accident Data Analysis Visualization and Quality Control", *Transportation Research Board Annual Meeting*, Washington, DC, January 2009.

"Evaluating the Potential Impact of Using the Transport, Aging and Disposal (TAD) Canister on Yucca Mountain Pre-Closure Operations", *Waste Management*, Phoenix, February 2008.

"Development of a Water Quality Management and Spill Response Information System", *American Water Resources Association Spring Specialty Conference*, Washington, San Mateo, CA, March 2008.

"Managing Operational Risk in the Railroad Industry", *Association of American Railroad Specialty Conference*, Dallas, September 2008.

"All Hazards Risk Management – Challenges & Opportunities", *Transportation Research Board Annual Meeting*, Washington, January 2007.

"National Research Council SNF & HLW Transportation Study", *DOE Transportation External Coordinating Working Group Meeting*, Green Bay, September 2006.

"St. Kitts Land Resource Analysis Project." *URISA Caribbean GIS Conference*, Bahamas, November 2006.

31

"A Generalized Risk Assessment Methodology for Intentional Chemical and Biological Contamination of Distribution Systems", *Annual Conference for the Society for Risk Analysis,* December 2005.

"GIS Applications for Managing Railroad Costs", *Consolidated Rail Corporation,* Mt. Laurel NJ, June 2005.

"Factors to Consider in Assessing Transportation Risk", *Best Practices in Radioactive, Mixed & Hazardous Waste Transportation*, Phoenix, April 2005.

"Integrated Risk Communication System for Transportation of Hazardous Materials", *Transportation Research Board Annual Meeting,* Washington, DC, January 2004.

"Transportation Risk Management: A New Paradigm", *Transportation Research Board Annual Meeting,* Washington, DC, January 2003.

"Differentiating Hazardous Materials Truck Transportation Risks", *International Truck/Bus Safety Research & Policy Symposium*, Knoxville, April 2002.

"Development of an Inland Marine Transportation Risk Management Information System", *Transportation Research Board Annual Meeting,* Washington, DC, January 2002.

"Risk Characterization of Hazardous Materials Truck Safety", *International Symposium on the Packaging and Transportation of Radioactive Materials*, Chicago, September 2001.

"Tools for Distribution Risk Management", *Hazardous Materials Transportation Safety: An Inter-Industry Workshop*, New Orleans, August 2001.

"Comparative Risk Assessment of Hazmat and Non-Hazmat Truck Shipments", *Transportation Research Board Annual Meeting*, Washington, DC, January 2001.

"Transportation Risk Management: The View at 30,000 Feet", *Bridgestone Firestone Annual Environmental Conference*, St. Petersburg, FL, April 2000.

"Decision-Support Protocol for Highway Incident Management System Deployment", *Transportation Research Board Annual Meeting*, Washington, DC, January 2000.

"A Geo-Spatial Maritime Cargo Data System", *World Bank*, Washington, DC, January 2000.

"Information Technology and a Geo-Spatial Maritime Cargo Data System for the Western Hemisphere", *Organization of American States Inter-American Conference on Ports*, Guatemala City, October 1999.

32

"Multi-Stakeholder Dialogues and Consensus-Based Communication: Skills, Tips and Tactics", *Fall Meeting of the American Bar Association*, Section of Environment, Energy and Resources, San Diego, October 1999.

"Railroad Risk Assessment Processes and Information Systems," *Railroad Hazardous Materials Transportation Risk Workshop*, Champaign, IL, November 1998.

"The Mechanics of Risk Management in Transportation," *National Tank Truck Carriers Safety Council Seminar*, Nashville, May 1998.

"Performing Assessments to Support RMPs," *International Hazardous Materials Spills Conference*, Chicago, April 1998.

"State of Transportation Risk Management Practice," *Managing Transportation Risk as a Core Business Practice*, Baltimore, October 1997.

"Tools and Technologies for Promoting Hazardous Materials Transportation Safety," *Hazardous Materials Transportation Symposium*, Albuquerque, October 1996.

"Implementing GIS Technologies for Assessing and Managing the Risks of Transporting Dangerous Goods," *International Conference on Probabilistic Safety Assessment and Management*, Crete, June 1996.

"Information Technologies to Evaluate Hazmat Response Capabilities," *International Hazardous Material Spills Conference*, New Orleans, June 1996.

"How Risk Decision Making is Changing and Its Impact on Environmental Health and Safety Management," *Annual Environmental Management Forum*, Orlando, November 1995.

"Tools for Problem-Solving and Decision Support: Integration Opportunities and Strategies," *Annual Environmental Computing and Information Technology Conference*, Washington, DC, October 1995.

"A Vision for Distribution Risk Management Excellence," *National Tank Truck Carriers Board Meeting*, Colorado Springs, August 1995.

"Development of an Integrated Hazardous Materials Emergency Management Planning System," *World Conference on Transport Research,* Sydney*,* Australia, July 1995.

"Development of National Waterway Network Data Base," *Transportation Research Board Annual Meeting*, Washington, DC, January 1995.

"Developing an Integrated Real-Time Emergency Response Information System for Chemical Incidents," *International Symposium on Automotive Technology and Automation*, Aachen, Germany, November 1994.

"Distribution Risk Management: Planning and Implementation," *Bureau of Explosives Annual Meeting*, Association of American Railroads, Dallas, April 1994.

"Hazmat Transport Risk Management," *Transportation Research Board Annual Meeting*, Washington, DC, January 1994.

"Distribution Risk Management," *Executive Seminar*, Los Alamos National Laboratory, August 1993; Philadelphia, PA, October 1993; Nashville, TN, May 1993.

"Automation of Route and Mode Selection for Hazmat Transportation," *Transportation Research Board Annual Meeting*, Washington, DC, January 1993.

"National Waterway GIS Network," *Transportation Research Board Annual Meeting*, Washington, DC, January 1993.

"Assessing Hazardous Materials Emergency Response Capability: Methodological Development and Application, *Transportation Research Board Annual Meeting*, Washington, DC, January 1993.

"Industry Hazardous Materials Risk Assessment, Routing and Emergency Planning," *National Hazardous Materials Seminar on Highway Transportation*, Incline Village, NV, September 1992.

"Chemical-Specific Transportation Risk Management: Decision-Support Model Development and Application," *World Conference on Transport Research*, Lyons, France, July 1992.

"Risk Assessment of Spent Fuel Transportation," *National Conference of State Legislatures*, Kansas City, May 1992.

"Perspectives on Transportation Corridor Risk Analysis," *International Consensus Conference on the Risks of Transporting Dangerous Goods*, Toronto, April 1992.

"Integrated Geographic Information Systems - The Engine for Advanced Transportation Management," *Governor's Information Conference*, Nashville, January 1992.

"Selecting Criteria for Designating Hazardous Materials Highway Routes," *Transportation Research Board Annual Meeting*, Washington, DC, January 1992.

"Risk Assessment, Routing and Emergency Preparedness," *Hazardous Materials Advisory Council*, Orlando, November 1991.

34

"Chemical-Specific Transportation Risk Management Decision-Support Model Development and Application," *International Conference on Probabilistic Safety Assessment and Management*, Los Angeles, February 1991.

"A Bi-Criterion Approach to Selecting Preferred Truck Routes for Hazardous Materials Shipments," *ORSA/TIMS National Meeting*, New York, October 1989.

"The Impact of Human Factors on Heavy Truck Safety," *World Conference on Transport Research*, Yokohama, Japan, July 1989.

"Risk Estimation in Hazardous Materials Shipment Routing," *World Conference on Transport Research*, Yokohama, Japan, July 1989.

"Risk Criteria and the Preferred Routing of Radioactive Materials," *International Symposium on the Packaging and Transportation of Radioactive Materials*, Washington, DC, June 1989.

"Optimal Routing of Hazardous Materials Considering Network and Demographics Information," *International Conference on Microcomputers in Transportation*, San Francisco, June 1989.

"Transportation and Its Role," *Leadership Nashville*, Nashville, TN, January 1989.

"Computerized Risk and Routing Models in Transportation," *Nuclear Waste Transportation Workshop*, Las Vegas, April 1989.

"Transportation Aspects of Hazardous Facilities Siting and Operation," *Hazardous Facilities Siting, Permitting and Development Conference*, Anaheim, August 1988.

"Alternative Risk Estimation Approaches in the Optimal Routing of Hazardous Materials," *ORSA/TIMS National Meeting*, St. Louis, October 1987.

"Future Data Needs in Truck Safety," *International Forum on Traffic Records Systems*, Williamsburg, VA, July 1987.

"An Assessment of Transportation Safety in the Motor Carrier Industry," *National Transportation Safety Conference*, Chicago, June 1987.

"Transporting Hazardous Materials by Motor Carrier: Risks to the Driver, Emergency Response Personnel and the Public," *Annual Conference of the Society for Occupational and Environmental Health*, Bethesda, MD, April 1987.

"A Multi-Modal Assessment of Hazardous Materials Transport Risk," *Transportation Research Board Annual Meeting*, National Academy of Sciences, Washington, DC, January 1987.

35

"Performing Transportation Risk Analysis under Conditions of Limited Data Availability," *Annual Meeting of the Society for Risk Analysis*, Boston, November 1986.

"Estimates of Current Hazardous Materials Flow Patterns," *Annual Meeting of the Transportation Research Forum*, Seattle, September 1986.

"A Profile of Interstate vs. Intrastate Truck Movements of Hazardous Materials," *Annual Meeting of the Transportation Research Forum*, Amelia Island, FL, November 1985.

## Consulting Experience

U.S. Department of Energy – assistance in development and implementation of a spent nuclear transport route planning tool, 2012-present.

Tennessee Department of Transportation – preparation of agency-wide resilience improvement plan, 2023-2024.

Tennessee Department of Transportation – integrating extreme weather & natural hazard resilience into TDOT decision-making processes and operating procedures, 2020-2021.

Tennessee Advisory Commission on Intergovernmental Relations – natural hazard community resilience in Tennessee, 2019-2020.

Tennessee Department of Transportation – guidance on performing an extreme weather vulnerability assessment, 2014-2017.

InterAmerican Development Bank – private sector opportunities in climate resilience markets, 2016-2018.

National Academy of Sciences, Transportation Research Board – model post-secondary education curricula for the transportation of hazardous materials, 2012-2013.

National Academy of Sciences, Transportation Research Board – role of human factors in preventing cargo tank truck rollovers, 2011-2012.

National Academy of Sciences, Transportation Research Board – identification and evaluation of emerging technologies applicable to hazardous materials transportation safety and security, 2010-2012.

National Academy of Sciences, Transportation Research Board – assessment of hazardous materials transportation incident data for route cause analysis, 2008-2009.

Japanese Ministry of Transport – technical assistance on government policies and procedures for the safe transport of hazardous materials by truck, 2005-2008.

Federal Motor Carrier Safety Administration – development of methodology and protocol for routing hazardous materials utilizing safety and security criteria, 2007.

Tennessee Department of Transportation – defining acceptance criteria for determining when to close highway lanes for construction/maintenance activities, 2007.

Bridgestone Firestone Americas – development of corporate risk management policies and procedures, 2000-2005.

Federal Motor Carrier Safety Administration – assessing safety and security risks for truck shipments of hazardous materials, 2004-05

Burlington Northern Santa Fe Railroad – design and development of rail risk assessment model, 2002-05.

Federal Motor Carrier Administration – hazardous materials serious crash analysis, 2003-04.

New Jersey Department of Transportation – risk assessment of allowing tunnel access for hazardous materials shipments, 2001.

National Propane Gas Association - risk assessment of propane industry transportation practices, 2000-01.

Federal Highway Administration - risk assessment of truck transport of hazardous materials, 1998-2002.

Condea Vista Chemicals – transportation risk management process development, 1998.

Reichhold Chemicals – transportation risk management process development, 1997.

Ryder Transportation Services - risk assessment methods review, 1997.

Malcolm Pirnie - strategic environmental management program development, 1997.

Amoco Chemical Company - risk assessment of hazardous materials by rail, 1994.

Georgia Gulf Corporation - hazardous materials risk ranking study, 1994.

Battelle Memorial Institute - nuclear transport mode and route study, 1993.

Hunter Industrial Facilities, Inc. - hazardous waste facility siting analyses, 1991-92.

Volpe National Transportation Systems Center - dedicated rail study, 1991-92.

37

U.S. Department of Transportation - routing pre-emption study, 1991-92.

Monitored Retrievable Storage Review Commission - review of transportation aspects of Commission findings, 1989.

Nevada Nuclear Waste Policy Office - development of a GIS design specification for the implementation of statewide transportation impact analysis, 1988-90.

General Electric Company CT - development of a GIS-based hazardous materials transport routing and risk management system, 1988-95.

Battelle Memorial Institute - analysis of human factors effects on the safety of transporting radioactive waste materials, 1987-88.

State of Washington - evaluation of the transportation impacts associated with locating a nuclear waste repository at Hanford, 1987.

U.S. Congress, Office of Technology Assessment - hazardous materials transportation safety study; analysis of heavy truck safety in a competitive environment, 1984-88.

U.S. Coast Guard - developing exposure measures for evaluating marine transport safety, 1984-88.

U.S. Environmental Protection Agency - assessing the risks and costs of transporting hazardous wastes, 1982-84.

## Professional Service and Recognition

Chair, Transportation Research Board, Standing Committee on Climate Change and Extreme Weather Adaptation, National Academies of Science, 2020-present.

Member, Transportation Research Board, Resilience Section Committee, National Academies of Science, 2020-present.

Co-Chair, Transportation Resilience 2023: International Conference on Extreme Weather and Climate Change Challenges.

Member, Organizing Committee, At What Point Managed Retreat: Habitability and Mobility in an Era of Climate Change, 2022-2024.

Superior Paper Award, Tools to Support Informed Participation in Consent-based Siting of Spent Nuclear Fuel and High-Level Waste, Waste Management Symposia, 2023.

ASME Best in Conference Award, Waste Management Symposia, 2023.

Recipient, Vanderbilt School of Engineering, Award for Excellence in Teaching, 2021.

Member, National Academies of Science, Engineering and Medicine, Committee on Applied Research Topics for Hazard Mitigation and Resilience, 2020-2021.

Member, Organizing Committee, *Managed Retreat Symposium*, 2020-2021.

Member, Editorial Board, *Sustainability*, 2019-2020.

Member, Steering Committee, *Asilomar 2019*.

Member, Organizing Committee, *2nd International Conference on Resilience to Natural Hazards and Extreme Weather Events*, 2018-2019.

Member, Editorial Board, *Transportation Research Part D: Transport and Environment*, 2017 - present.

Chair, Transportation Research Board, Special Task Force on Climate Change and Energy, National Academy of Sciences, 2016-2019.

Superior Paper Award, Factors Influencing the Evaluation of Spent Fuel Rail Routes, Waste Management Symposium, 2019.

Recipient of the Charles Hochman Lifetime Achievement Award conferred by the Transportation Research Board of the National Academy of Sciences, 2016.

Inducted into the American Academy of Environmental Engineers as a Board-Certified Member, 2015

Program Committee, International Conference on Community Based Adaptation, 2015.

Member, Organizing Committee, International Conference on Transportation System Resistance and Resilience to Climate and Extreme Weather Events, 2014-2015.

Recipient of Vanderbilt Alumni Education Award, 2012.

Presidential (White House) Appointee, Nuclear Waste Technical Review Board, 2002-2011.

Chair, Committee on Hazardous Materials Transport, Transportation Research Board, National Academy of Sciences, 1990-1996.  Member, 2002-2012.

Best Oral Paper, The Potential Impact of Using TAD Canisters on Yucca Mountain Preclosure Operations, *Waste Management 2008*.

Reviewer of National Research Council report on *Setting the Stage for International Spent Nuclear Fuel Storage Facilities: International Workshop Proceedings*, 2007.

Chairman, Visual Risk Technologies, Inc., 1999-2007.

Recipient of Team Award of Excellence, Tennessee Department of Transportation, 2006.

Reviewer, Transportation Research Board special report on *Cooperative Research for Hazardous Materials Transportation*, 2005.

Reviewer, National Research Council special report on *Going the Distance: The Safe Transport of Spent Nuclear Fuel and High-Level Radioactive Waste in the United States*, 2005.

Member, Committee on the Waste Isolation Pilot Plant (WIPP), National Academy of Sciences, 1998-2001.

Chairman, Steering Committee, Summit on Environmental Risk Communication, 2001-2002.

Member, Editorial Board, *Journal of Strategic Environmental Management*, 1997-2000.

Distinguished Service Award, National Academy of Sciences, Transportation Research Board, 1996.

Chairman, Steering Committee, National Strategic Hazardous Materials Transport Research Program, 1994-96.

Member, Organizing Committee, International Hazardous Materials Spills Conference, 1995-1998.

Member, Advisory Board, Environmental Computing and Information Technology Conference, 1995-96.

Member, Scientific Committee, World Conference on Transport Research, 1990-95.

Conference Chairman, State and Local Concerns in Transportation of Hazardous Materials, St. Louis, 1990.

Member, National Academy of Sciences, Committee for an Assessment of a National Hazardous Materials Shipment Identification System, 1990-91.

Member, Planning Committee, International Consensus Conference on the Risks of Transporting Dangerous Goods, 1990-91.

40

Conference Chairman, North American Conference on Microcomputers in Transportation, Boston, 1987.

Editor, *Journal of Computing in Civil Engineering*, 1985-89.

Chairman, Committee on Hazardous Materials Transportation, American Society of Civil Engineers, 1985-89.

Member, Committee on Transportation Education and Training, Transportation Research Board, National Academy of Sciences, 1985-88.

Chairman, Committee on Microcomputers in Transportation, American Society of Civil Engineers, 1983-87.

Referee for *Transportation Research Record*, *Transportation*, *Transportation Research*, *Journal of Transportation Engineering*, *Transportation Science*, *Risk Analysis, Accident Analysis and Prevention*.

Inducted into Chi Epsilon

Inducted into National Society of Sigma Xi

## Thesis Supervision

Madeline Allen, *Probabilistic Versus Deterministic Descriptions of Bed Load Sediment Transport: Clarifying the Inherent Variability in Transport Rates*, M.S., May 2023

Charles Doktycz, *A Hybrid Simulation Approach for Disaster Loss and Damage Projection Under Climate Change*, Ph.D., September 2022.

Ishita Dash, *Safety Analysis of Transportation Modes Using Data Analytics*, Ph.D., June 2022.

Caroline Janssen, *Investigating the Impact of COVID-19 on Commuting Using Survey Data*, M.S., December 2021.

Paul Johnson, *Personalities of Disaster Management: Data-Driven Approaches to Quantifying Resilience and Behavioral Uncertainty in Response to Natural Hazards*, Ph.D., August 2021.

Leslie Gillespie-Marthaler, *Building Adaptive Capacity to Climate Hazard Scenarios through Use of the Sustainable Resilience Framework*, Ph.D., June 2019.

Katherine Nelson, *Towards Quantitative Assessment of Vulnerability, Resilience, and the Effects of Adaptation on Social-Environmental Systems*, Ph.D., June 2018.

Leah Dundon, *Managing Hydraulic Fracturing: Approaches to Assessing and Addressing*

41

*Transportation Impacts*, Ph.D., December 2017.

Roneisha Worthy, *A Systematic Approach to the Evaluation of RCRA Disposal Facilities Under Future Climate-Induced Events*, Ph.D., May 2014.

Alexandra Ewing, *A Decision Support Framework for Prioritizing Corporate Sustainability Interventions*, Ph.D., May 2012.

Erin Kersh, *U.S. Freight Investment Efficiency of Waterways and Highways*, M.S., May 2012.

Kelsey Shannon, *Development of Truck Route Diversion Strategies in Response to Interstate Incidents*, M.S., December 2011.

Jessica Haley, *Evaluating the Effectiveness of Risk Education for Early Adolescents*, M.S., May 2010.

Samrat Chatterjee, *Development of an Analytic Basis for Performing All-Hazards Risk Management*, Ph.D., May 2010.

Shari Meghreblian, *Carbon Information Disclosure Strategies (CIDS): A Decision Methodology Framework for Optimizing Carbon Disclosure*, Ph.D., December 2010.

Janey (Smith) Camp, *Design and Implementation of an Advanced Spill Management Information System for Surface Waters*, Ph.D., August 2009.

Leah Spradley, *A Systematic Approach to Analyzing the Pre-Closure Operational Performance of the Proposed Repository for High-Level Nuclear Waste at Yucca Mountain, NV*, Ph.D., May 2008.

Andrea K. George, *An Examination of Communication, Information and Resource Management Linkages Among Community Hospitals and Emergency Management Agencies*, Ph.D., May 2007.

Derek L. Bryant, *Creation of a System for Assessing and Communicating the Risks Associated with Terrestrial Chemical Spills*, Ph.D., May 2006.

Kristen E. Shepherd, *Integration of Transportation and Emergency Services: Identifying Critical Interfaces, Obstacles and Opportunities*, Ph.D., May 2005.

John Minor, *An Integrated Risk Communication System for the Transportation of Hazardous Materials*, M.S., December 2004.

Ripley Bickerstaff, *Measuring the Effect of a Freeway Service Patrol on Non-Recurrent Congestion Due to Crash Events*. M.S., December 2004.

42

Dowell Hoskins, *Assessing the Benefits and Costs of Implementing ITS in Rural Transit*, M.S., December 2004.

Edsel B. Daniel, *Development of a Beach Analysis and Management System for Caribbean Small Islands*, Ph.D., December 2001.

Meghan, Cropper, *Poultry Waste Management: A Risk Analysis and Alternative Treatment Assessment*, M.S., December 2001.

James P. Dobbins, IV, *Development of an Inland Marine Transportation Risk Management Decision Support System*, Ph.D., May 2001.

Karl T. Falls, *Advanced Information Tools for Disseminating ITS Information*, M.S., May 2000.

Charles A. Miller, *Development of a Decision Support Framework for Deployment of Incident Management Systems*, Ph.D., May 1999.

Timothy T. Greene, *Hazardous Waste Matters: Three Essays in Corporate Environmental Management and Performance*, Ph.D., December 1998.

Dobbins, James, IV, *Intermodal Routing Optimization via Geographic Information Systems*, M.S., May 1997.

Timothy T. Greene, *Can You Compete With 21st Century Inc.? Introducing Environmental Management into Business Strategy Through Simulation*, M.S., August 1995.

John Eric Meyer, *Evacuation Planning in an Integrated Information Environment*, Ph.D., May 1995.

Rajeev K. Saraf, *Adaptive Traffic Control Using Neural Networks*, Ph.D., August 1994.

Kathleen L. Hancock, *Design and Implementation of an Integrated Emergency Management Planning Environment*, Ph.D., May 1994.

Stephan A. Parker, *An Assessment of U.S. Hazardous Materials Emergency Response Preparedness*, M.S., May 1994.

Lepofsky, Mark, *Transportation Hazards Analysis in an Integrated GIS Environment*, Ph.D., May 1993.

Michael A. Dimaiuta, *Development of a National GIS Off-Shore Waterway Network: Issues and Applications*, M.S., May 1993.

43

Emily K. Goodenough, *Transportation Implications in Siting a Hazardous Waste Disposal Facility*, M.S., May 1992.

Rajeev K. Saraf, *Decision Support System for Barge Availability Forecasting*, M.S., December 1991.

Kathleen L. Hancock, *Use of Geographic Information Systems for Customer Service in Urban Public Transportation*, M.S., December 1991.

John E. Meyer, *A Screening Model for Highway Routing of Hazardous Wastes in an Intelligent Mapping Environment*, M.S., May 1991.

Der-Ming Cheng, *Establishing a Risk/Cost Methodology for Routing Truck Shipments of Hazardous Materials*, Ph.D., May 1988.

Mark Lepofsky, *An Analytical Approach to the Evaluation and Prediction of Heavy Truck Accident Severity*, M.S., May 1987.

John Tozzi, *Implementing Real-Time Control Strategies to Regulate Transit Reliability Problems*, M.S., December 1986.

Robert Josef, *Operational Feasibility of Timed Transfer in Transit Systems*, M.S., May 1986.

Jorge J. Galarraga, *Developing and Utilizing Methods for Conducting Marine Transport Safety Analysis*, M.S., December 1984.

Suresh Srinivasan, *Assessing the Risks and Costs Associated with Truck Transport of Hazardous Wastes*, M.S., August 1983.

Israel Engelstein, *Factors Affecting Running Time on Transit Routes*, Ph.D., May 1983.

44

**Exhibit 2**
**To the Declaration of Oliver Larson**
**Excerpts of Dr. Scott Carr Deposition**

# In The Matter Of:

*Association of American Railroads vs.*
*Bob Jacobson, Commissioner - MN Dept of Safety, et al*

---

*DR. SCOTT CARR*
*February 25, 2026*
*Dr. Scott Carr - 2-25-26*

---

*Shaddix & Associates*
*7400 Lyndale Avenue South*
*Suite 190*
*Richfield, MN 55423*

**Min-U-Script® with Word Index**

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   Filed 05/06/26   Page 50 of 66

Association of American Railroads vs.                    Dr. Scott Carr                              DR. SCOTT CARR
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-25-26                          February 25, 2026

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

Association of American Railroads,

　　　　Plaintiff,

vs.　　　　　　　　　Case No. 0:24-CV-01522-KMM/SGE

Bob Jacobson, Commissioner of the Minnesota
Department of Public Safety,
Paul Marquart, Commissioner of the Minnesota
Department of Revenue,

　　　　Defendants.
_____

Bob Jacobson, Commissioner of the Minnesota
Department of Public Safety,

Third-Party Plaintiff,

vs.

BNSF Railway Company, Wisconsin Central Ltd.,
Cedar River Railroad Company,
Soo Line Railroad Company,
and Union Pacific Railroad,

　　　　Third-Party Defendants.
_____

ZOOM DEPOSITION OF SCOTT CARR, PH.D.

Taken on February 25, 2026

Reported by Jonna J. Schrupp
STENOGRAPHIC COURT REPORTER

Page 2

ZOOM DEPOSITION OF SCOTT CARR, PH.D.,
taken via Zoom, and taken on the 25th day of
February, 2026, before Jonna Schrupp, Stenographic
Court Reporter and Notary Public in and for the
County of Hennepin, State of Minnesota, commencing
at 10:00 a.m. Central Time.

APPEARANCES

　　　Thomas H. Dupree, Jr., and Alex Boudreau,
Attorneys at Law, GIBSON, DUNN & CRUTCHER LLP, 1700
M Street, N.W., Washington, D.C. 20036-4504,
appeared on behalf of the Plaintiff and Third-Party
Defendants. TDupree@gibsondunn.com
　　　Theresa Romanosky, Assistant General
Counsel, ASSOCIATION OF AMERICAN RAILROADS, 425
Third Street S.W., Suite 1000, Washington, D.C.
20024, appeared on behalf of the Plaintiff.
Tromanosky@aar.org
　　　Mathew Ferche, Assistant Attorney General,
OFFICE OF THE ATTORNEY GENERAL KEITH ELLISON, 445
Minnesota Street, Suite 600, St. Paul, Minnesota
55101-2125, appeared on behalf of the Defendants and
Third-Party Plaintiff. Mathew.Ferche@ag.state.mn.us

Page 3

I N D E X

EXAMINATION OF WITNESS:　　　　　　　　　　　PAGE

Mr. Ferche................................  6

DEPOSITION EXHIBITS

1  Dr. Carr's October 1, 2026 report......  10
2  Dr. Carr's January 1, 2026 report......  11
3  Minnesota Statute 299A.55..............  75
4  Hazardous Materials Incident Report....  93
5  Dr. Carr's Expert Rebuttal Report......  123

Page 4

P R O C E E D I N G S

**THE COURT REPORTER:** We are on the record.  My name is Jonna Schrupp, I am a court reporter with Shaddix & Associates.
　Can we please start by noting appearances, beginning with the Plaintiff.
**MR. DUPREE:** I am Tom Dupree, counsel for the Association of American Railroads and the individual railroad defendants, with Gibson Dunn.
**MR. BOUDREAU:** And Alex Boudreau, counsel for the railroads and AAR, also with Gibson Dunn.
**MR. FERCHE:** And I am Mathew Ferche, Assistant Attorney General with the Minnesota Attorney General's Office, representing the Minnesota Commissioner Public of Safety and the Minnesota Commissioner of Revenue in this case.
**THE COURT REPORTER:** Thank you.
　SCOTT CARR, PH.D.,
after having been first duly sworn, was examined and testified as follows:
**EXAMINATION**
**BY MR. FERCHE:**
Q  Good morning, Dr. Carr.  My name is Mathew Ferche and I'm with the Minnesota Attorney General's

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   Filed 05/06/26   Page 51 of 66
Association of American Railroads vs.          Dr. Scott Carr                    DR. SCOTT CARR
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-25-26          February 25, 2026

Page 25

Q   You were a director with Navigant until 2018; correct?

A   Yes.

Q   And what prompted you to leave Navigant in 2018?

A   Ankura, Ankura Consulting Group is the full name, purchased that portion of Navigant, in which I worked.

Q   So you were absorbed, so to speak, into Ankura?

A   Exactly.

Q   And you became managing director first for a year, or little less than a year, August 2018 to March 2019; is that correct?

A   Yes.

Q   Did your role change at all when there was that shift from Navigant to Ankura?

A   No, not as managing director.

Q   When you became senior managing director, how did your roles change from managing director previously?

A   Well, it was a promotion. I became a more senior member of Ankura. That brought with it some additional responsibility around personnel issues and administrative.

But more important in that regard is that I also took on a position of a -- as co-leader of the competition and class actions practice leader at

Page 26

Ankura. So that had administrative responsibilities, personnel responsibilities, firm leadership responsibilities.

Q   Tell me a little bit more about Ankura generally. What kind of a consulting group it is, how widely expand -- is this a global consulting firm?

A   It is a global consulting firm. I don't know the exact numbers but we have several thousand professionals.

We do a wide range of advisory consulting and expert analysis and expert testimony, and that latter piece is the area in which I work, within those disputes and advisory.

Q   As the disputes and advisory group, what sorts of things do you get involved with?

A   Actually I think I stated that, you know, rather ambiguously. Advisory is not the part I work in, disputes is the part that I work in.

Q   And what sort of work is involved in disputes?

A   We do analysis, expert analysis and expert testimony in things that are either litigation or are closely related to litigation. For example, we may do analysis for firms in anticipation of litigation but where it hasn't actually been filed.

We also do some advisory work where there

Page 27

is no litigation expected, but where they need that sort of expertise. For example, I worked on a case last year related to analyzing the effect of COVID driven inflation on costs related to the decommissioning of a large nuclear reactor project, including the transportation of radioactive waste away from that site.

Q   You have a few areas of expertise listed in your CV, I just want to briefly walk through these.

The first here, if you can see on the screen, it says manufacturing and supply chain management, logistics, production and operations management. Can you elaborate just a little bit on what goes into that area of expertise?

A   Yeah. So that's a pretty broad umbrella, as you might imagine. It is a general area as how do things get manufactured, how do things get moved around, how are activities coordinated, where do you place facilities and what are efficient ways of moving things from place to place.

Q   Does that encompass hazardous materials transportation?

A   It would certainly be relevant to that, yes.

Q   Relevant, but does your expertise extend to the hazardous materials transportation specifically?

Page 28

A   Well, what I'll say is you asked about that one bullet point, and as I've said with other things, that it is relevant to hazardous materials transportation. Many of the things that I have worked on are about or very closely associated with the transportation of hazardous materials, in particular crude oil and ethanol are areas in where I've done a lot of work, from logistical and a distribution setting. Which has led me to have experience and understanding of certain operational issues for moving those hazardous materials around.

Q   Does this encompass anything related to emergency preparedness or response to hazardous material, and we're still focussed on this first bullet point, around supply chain management and logistics?

A   Again, it would be relevant, relevant but not specific to that.

Q   Okay. But do you have any expertise particularly in emergency preparedness and response?

A   As I said, my expertise is relevant but it's not specific to that topic.

Q   Let's go to the second here. Energy economics, health care economics, competition economics, and environmental economics. These are four categories about economics, can you elaborate on what

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   FILED 05/06/26   Page 52 of 66
Association of American Railroads vs.                    Dr. Scott Carr                              DR. SCOTT CARR
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-25-26                              February 25, 2026

Page 85

Mr. Duvall would say, but you don't have any opinion or any basis for it as you sit here today?

A   Do I have a basis for it?  Yes, I have a basis for it in the sense that his quote is consistent with my other knowledge about competitive issues in the transportation markets.

I generally have knowledge about transportation markets, about transportation industries.  So I guess the answer to your question is, yes, I do have a plethora of information.

Q   That you haven't considered in this report?

A   Oh, I'm sorry.  I may have over run your question there.

What I considered in my report is the set of things I cite and also my other, you know, my general and specific information about these markets and modes of transportation.

Q   Okay.  You indicate here, outside of the footnote at the bottom of page 7 that, Among railroads top 20 highest volume product types in 2024, trucks shipped a higher volume than rail and therefore have a greater market share.  When you reference the top 20 highest volume product types, is that exclusively hazardous materials or is that all different cargo types?

Page 86

A   That's not specifically -- that's not just hazardous materials.

Q   Okay.  And when you reference the trucks ship a higher volume than rail, you are referencing volume in the aggregate, not in an individual shipment; is that correct?

A   In this paragraph, yes.

Q   On the top of page 8 you reiterate your conclusion for this first category regarding competition.  You state that, Together with your experience and expertise related to transportation, logistics and economics, you conclude that rail, trucking, pipeline and water transport are competitors in the transportation of goods they transport or economically could transport, including hazardous materials; is that correct?

A   Yes.

Q   Does any of your experience and expertise that we covered earlier include particular expertise in preparedness and response to hazardous materials incidents?

A   As I said, there's -- I don't have specific experience analyzing hazardous materials preparedness.

Q   Or response?

Page 87

A   Or response.

Q   Okay.  Section 3 of your report on page 8 gets into your second conclusion in your report; correct?

A   Yes, it does.

Q   And this is about the reporting of incidents involving the transportation of hazardous materials.  And we discussed that you're relying exclusively on data collected by PHMSA; correct?

A   That's the data I analyzed, exclusively from the PHMSA data, yes.

Q   How did you obtain the data from PHMSA, like what was your process in gathering that data for your consideration?

A   I believe we downloaded it from the PHMSA website.

Q   Did you do that yourself or one of your support staff folks did that?

A   My support staff did that, and I think that -- actually, I should give a little more detail.  We downloaded it from at least two different parts of the PHMSA website.  That was the source of it.  I then, my team under my direction, did a substantial amount of work merging different data sets together to come up with a final data set that we analyzed and is the basis for the quantitative analysis you see within this report.

Page 88

Q   And you use the PHMSA data exclusively because it's your opinion this is the only comprehensive data on hazardous materials incidents involving trucks, rail, air, water and pipeline carriers that is publicly available; is that correct?

A   Well, I'll only modify that to say that that's not an expert opinion of mine, that's an observation of mine that I believe to be true.

Q   Okay.  In your opinion or observation, does this PHMSA data capture every occasion in which a public agency would respond to a train, pipeline, truck or water carrier transporting hazardous materials?

A   There could be other situations where there would be a response.

Q   Does the PHMSA data that you rely on capture every potential cost associated with such preparedness and response?

A   I think that's outside of the scope of this testimony, where there's nothing in this report where I analyzed costs.

Q   You just didn't consider that?

A   Not in this report, no, I did not consider the cost elements, other than as those would be considerations within my competitiveness opinion.

Q   Why didn't you consider that?

Association of American Railroads vs.
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-25-26

Dr. Scott Carr

DR. SCOTT CARR
February 25, 2026

Page 105

purpose of having that, or going through that step?

A   That depends on kind of the circumstances on the ground.  The reason I would expect that can occur is there could be a report that's initially filed and then updated and it showed the data as multiple lines.  The data, there could be situations where a single incident could result in more than one reports.  For example, maybe it's -- I believe we saw situations where each train car in a train appeared to be its own line in the data.  So I simply followed standard practice of de-duping the data.

Q   So if there were multiple train cars or multiple reports there related to say one derailment of hazardous materials, for purposes of this footnote in this section, you de-duped it so that would be considered one incident for your analysis.  Is that fair to say?

A   Yes.

Q   And then you go in to figure 1 on the next page, which you state showed the number of hazardous materials incidents reported exclusively in Minnesota from 1990 through 2024 by mode of transportation, and here you're including trucking, rail, water and air; is that correct?

Page 106

A   Yes.

Q   And here you're really strictly looking at simply the number of hazardous materials incidents as qualified by that de-duping that you just referenced in this table, this figure one; correct?

A   That's correct, this is just a count of the number of incidents.

Q   So have you manipulated the data in any way beyond that de-duping that we just discussed for the purposes of figure 1?

MR. DUPREE: Object to manipulate, but go ahead.

A   It's de-duped and tabulating the number of incidents that exist within the data.  You know, there were some filtering that we discussing earlier, we did that.

BY MR. FERCHE, CONTINUING:

Q   And as far as the left side of this table, you know, with the field going from zero up to 450, these are raw numbers, this isn't representing like in the thousands or the millions, these are just the raw numbers, so if it says, for instance, like 300 incidents would mean 300 incidents, not like 300,000 or something like that?

A   You are correct.

Page 107

Q   And the bottom field here is the years you evaluated from 1990 to 2024; correct?

A   Correct.

Q   Figure one in particular is isolated to the extent we're looking only at the hazardous materials incidents in Minnesota; correct?

A   Yes.

Q   Why did you look only, at least for purposes of figure 1, at hazardous materials incidents in Minnesota?

A   Minnesota is the relevant state here.  It's the state in which the statute is applied.  And so the counts within Minnesota seems like that it would be informative to judge, jury and regulators and anybody associated with this dispute.

Q   Based on your experience, expertise and analysis, is there any differences between the way, for instance, class 1 railroads operate in Minnesota as opposed to other states that would be covered by the PHMSA data?

MR. DUPREE: Objection.  Goes beyond the scope of his reports.  But you can address it if you know.

A   The term how they operate, there are differences in Minnesota than other states, and there might be

Page 108

idiosyncrasies of which amount of wear, one of the examples, is that Minnesota is a big state with lots of rural areas.  Another example is that Minnesota, I believe there's a good bit of crude oil that's moved by train through Minnesota, and that would not be the case in lots of other states.  So there are some and potentially many differences in Minnesota and other states.

BY MR. FERCHE, CONTINUING:

Q   Do you include any of that information in this report?

A   The answer I just gave you is not included in this report, because it's not necessary to be included in this report.  What I say in this report is that I observe in Minnesota there are many more trucking accidents than any of the other modes of transportation.  That's a fact that comes out of the data.

Q   And that's all we're looking at here, is the number of incidents based on the data you reviewed and the manner on which you're reporting?

A   I think we already covered that, but yes.

Q   Moving on to figure 2 in your report, that shows the number of hazardous materials incidents reported in the U.S. from 1990 through 2024 by mode of

**Exhibit 1**
**To the Declaration of Oliver Larson**
**Excerpts of Dr. Mark Abkowitz Deposition**

# In The Matter Of:

*Association of American Railroads vs.*
*Bob Jacobson, Commissioner - MN Dept of Safety, et al*

*DR. MARK ABKOWITZ*
*February 27, 2026*
*Dr. Mark Abkowitz - 2-27-26*

*Shaddix & Associates*
*7400 Lyndale Avenue South*
*Suite 190*
*Richfield, MN 55423*

**Min-U-Script® with Word Index**

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   Filed 05/06/26   Page 56 of 66
Association of American Railroads vs.      Dr. Mark Abkowitz          DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26        February 27, 2026

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

Association of American Railroads,

    Plaintiff,

vs.             Case No. 0:24-CV-01522-KMM/SGE

Bob Jacobson, Commissioner of the Minnesota
Department of Public Safety,
Paul Marquart, Commissioner of the Minnesota
Department of Revenue,

    Defendants.
_____

Bob Jacobson, Commissioner of the Minnesota
Department of Public Safety,

Third-Party Plaintiff,

vs.

BNSF Railway Company, Wisconsin Central Ltd.,
Cedar River Railroad Company,
Soo Line Railroad Company,
and Union Pacific Railroad,

    Third-Party Defendants.
_____

ZOOM DEPOSITION OF MARK D. ABKOWITZ, PH.D.

Taken on February 27, 2026

Reported by Jonna J. Schrupp
STENOGRAPHIC COURT REPORTER

Page 2

ZOOM DEPOSITION OF MARK D. ABKOWITZ,
PH.D., taken via Zoom, and taken on the 27th day of
February, 2026, before Jonna Schrupp, Stenographic
Court Reporter and Notary Public in and for the
County of Hennepin, State of Minnesota, commencing
at 9:00 a.m. Central Time.

APPEARANCES

    Thomas H. Dupree, Jr., and Alex Boudreau,
Attorneys at Law, GIBSON, DUNN & CRUTCHER LLP, 1700
M Street, N.W., Washington, D.C. 20036-4504,
appeared on behalf of the Plaintiff and Third-Party
Defendants. TDupree@gibsondunn.com

    Theresa Romanosky, Assistant General
Counsel, ASSOCIATION OF AMERICAN RAILROADS, 425
Third Street S.W., Suite 1000, Washington, D.C.
20024, appeared on behalf of the Plaintiff.
Tromanosky@aar.org

    Mathew Ferche, Assistant Attorney General,
OFFICE OF THE ATTORNEY GENERAL KEITH ELLISON, 445
Minnesota Street, Suite 600, St. Paul, Minnesota
55101-2125, appeared on behalf of the Defendants and
Third-Party Plaintiff. Mathew.Ferche@ag.state.mn.us

Page 3

I N D E X

EXAMINATION OF WITNESS:          PAGE

Mr. Dupree ...............................  5

DEPOSITION EXHIBITS

1  Deposition Notice.....................  10
2  Dr. Abkowitz's September 2025 Report...  27
3  Dr. Abkowitz's December 2025 Report....  27
4  Dr. Abkowitz's Rebuttal Report........  27
5  Hazardous Materials Emergency Response.  56
6  Dr. Carr's Rebuttal Report............  77
7  Minnesota Statute 299A.55.............  83

Page 4

P R O C E E D I N G S

**THE COURT REPORTER:** We are on the record. My name is Jonna Schrupp, I am a court reporter with Shaddix & Associates.

Can we please start by noting appearances, beginning with the Plaintiff.

**MR. DUPREE:** I am Tom Dupree, counsel for the Association of American Railroads and the individual railroad defendants, with Gibson Dunn.

**MR. BOUDREAU:** And Alex Boudreau, counsel for the railroads and AAR, also with Gibson Dunn.

**MR. FERCHE:** And I am Mathew Ferche, Assistant Attorney General with the Minnesota Attorney General's Office, representing the Minnesota Commissioner Public of Safety and the Minnesota Commissioner of Revenue in this case.

**THE WITNESS:** Mark Abkowitz, serving as an expert witness for the State of Minnesota.

**MS. ROMANOWSKY:** I'm Theresa Romanowsky, I'm associate general counsel at AAR.

**THE COURT REPORTER:** Thank you.

MARK D. ABKOWITZ, PH.D., after having been first duly sworn, was examined and testified as follows:

CASE 0:24-cv-01522-KMM-SGE    Doc. 125    Filed 05/06/26    Page 57 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                                February 27, 2026

Page 49

Q  How so?

A  Well, I mean, because if I ask you a question about, you know, a certain something, I think there's certain perceptions of biasses that an individual has when they're trying to, you know, explain where they stand on something.

We have a national data base that's unbiassed and ubiquitous. So that seems to me that supercedes any conversation I might want to have with someone in the State.

Q  Have you bounced your conclusions off anyone in the State of Minnesota, other than my able friend Mr. Ferche?

A  I have not.

Q  As an expert wouldn't you want to know, just kind of road test whether or not your conclusion matches reality?

MR. FERCHE: Object to form.

A  I'm not sure I totally understand the question. But I would assume that the State has access to my reports and if they felt that there was something that was way out of line that it would have probably been brought to my attention.

BY MR. DUPREE, CONTINUING:

Q  Did you ask anyone in Minnesota the amount that they

Page 50

incurred in response costs?

A  No. But, I mean, I could have looked at the records that were in the data base that were associated with Minnesota, but that's not the point. Because the railroad industry operates everywhere in a very ubiquitous way. So we would want to not isolate an analysis of a small subset of cases that may have occurred in Minnesota as being representative of what Minnesota faces.

Just like I wouldn't ask someone in Illinois or Michigan or somewhere else to testify as to what their response risks are based on the incidents that have happened. Because they can -- it's more a case of what's the likelihood that they could happen in general and how prepared you need to be for the possibility that something very serious could happen next time.

Q  Okay. Let me put up tab 11 and I'm going to show you a document.

MR. DUPREE: Mathew, if it's all right with you maybe I'll just ask a few questions about this and then we can take a short mid morning break, if that's acceptable?

MR. FERCHE: Perfect.

BY MR. DUPREE, CONTINUING:

Page 51

Q  Dr. Abkowitz, I'm going to preface this by saying you may or may not have seen this document before, but I'm not going to expect that you have necessarily.

I will represent to you, this is a report by the California legislative analyst's office entitled hazardous Materials Emergency Response. And, again, I wouldn't expect you would know this, this was a document that was cited and relied upon by the U.S. Court of Appeals for the Ninth Circuit in a case that I know Mr. Ferche knows very well, involving a similar challenge to a similar California statute that, you know, made a special assessment.

There's a passage in this report from the California legislative analyst's office that I just want to read to you, and if we can scroll down to it, and I apologize for the type but I hope you can see it.

A  I can.

Q  So the sentence I want you to read, and I'll read it into the record, but it's the last sentence before the header. You see it begins with, While a rail accident, it says, While a rail accident is potentially of a much larger scale when it does

Page 52

occur, 92 percent of costs over the last ten years related to hazardous material transit accidents, including both damages and response costs, have been associated with accidents involving trucks. Are you at all familiar with this case or this report or this statistic?

A  I am not, but I can tell you right away there are a couple of things that would trouble me about it.

Q  And what are those?

A  Well, first of all, when did -- what period of time was covered in coming to the conclusion that -- what was the last ten years, when was this --

Q  Yeah. I believe the report was dated 2015. So if it's referring to the ten years before the report that would be 2005 to 2015.

A  So the first question I would have is, you know, how relevant is that to today, because there's been changes in regulations and technology and operational procedures over time that influence the safety of these different modes. So I can't say that that would apply today.

I think the other thing that's very important here is what's in parenthesis, including both damages and response costs. We have no way of knowing whether the vast majority of the 90 percent

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   Filed 05/06/26   Page 58 of 66
Association of American Railroads vs.           Dr. Mark Abkowitz           DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                   February 27, 2026

Page 65

the question?  I'm just trying to find out if preparedness costs are included in the response costs in the data set you used.

A  So I guess I would say that the level of response that is associated with different events affecting different modes to me would track back to what was required to be trained and prepared to handle an incident of that type.  So I think we could make a logical connection that the higher the response costs in general the more likely it is that you have to have more training and preparedness to be capable of handling that type of response.

Q  I suppose that's right, although again, not being an expert myself, I could also see an argument to say that if you are incurring worrisomely high response costs, maybe that's evidence you didn't sufficiently train on the front end to manage an event.

MR. FERCHE: Object to form.

A  That would be inconsistent with every portion of doctrine that these people are supposed to be performing with respect to.

BY MR. DUPREE, CONTINUING:

Q  So the higher the training costs the higher the response costs, generally?

MR. FERCHE: Object to form.

Page 66

A  I can't answer that.

BY MR. DUPREE, CONTINUING:

Q  Well, that was the --

A  I mean, there's a lot of different levels of training.  I mean, there's a lot of different types of responders that need to be expert at doing various things.  So, I mean, the more complicated that an event could be, the more that you have to make sure that those people are trained and prepared, because the event could happen.

Q  So tell me how you arrived at the response costs for the incidents that only appear in the supplemental data.

A  So what we did is we put the overlap between the two data bases, I think in the case of rail and FRA and PHMSA, there were I think 75 or so cases that were in both.

So we took those and basically averaged them and used that as the imputed value for the other items that were in the -- for the other records that were in the FRA data base.

Q  Why did you not impute using the average response costs for all incidents in the PHMSA data set for that mode, as opposed to just the overlapping incidents?

Page 67

A  Because the overlapping incidents were the common denominator, the reason why we didn't use the PHMSA alone, and this was in -- I know this was something that was raised in Dr. Carr's rebuttal of our work, that would have been inappropriate.  Because a lot of the response costs and the PHMSA data are not representative of the kinds of response required when there's a rail derailment.

Many of the spills that are in the PHMSA data are tiny little spills in yards where they were required to report something but hardly anything happened.  So it would be inappropriate to consider what happened in terms of response for small spill in a yard to be equivalent to the derailment of a 100 car train that has multiple hazardous materials tank cars in it.

Q  Did you analyze whether overlapping incidents are representative of incidents as a whole for that mode, in terms of characteristics and response costs?

A  Well, I mean, we looked at a five year history, which included, you know, thousands of events and, you know, when you do that you capture some of the low probability/high consequence events.  And in this particular case I believe it was one maybe in

Page 68

Graniteville, or something like that, that happened that was part of the history of what goes on in that field over the last recent past.  You can't not include because it happened.

Q  When performing this imputation technique, did you analyze whether the average cost for the overlapping incidents was consistent with the average overall costs for incidents for that mode in the PHMSA data set?

A  I think I answered this question already.  The answer is we did not because it made no sense to do so.  But Dr. Carr certainly did it for us and made very clear that there was a flaw in doing that.  It's like if you have a -- it's like saying, okay, you had a pin prick and most of the data that you had was a pin prick, but then you have a few situations where you had a heart attack, and over here you have events of potential consequence that would lead to a heart attack, why would you look at the damages from a pin prick to estimate what those might have been.  I just don't get it.

Q  Is the imputation technique you used here a well-recognized methodology in your field?

A  I believe so.  Because here's the down side, if you don't do that you throw out half of your sample that

Association of American Railroads vs.
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26

Dr. Mark Abkowitz

DR. MARK ABKOWITZ
February 27, 2026

Page 69

needs to be included by virtue of what the statute reads.  So that would be a much more serious flaw, I guess I would say, in the approach, because you're basically throwing out half of your sample.

Q   If it's a well-recognized methodology, could you identify some other studies that have used this technique?

A   I'm sure I could.  I can't recite them right here in front you, but if you would like I could take the time and let you know.

Q   I'm just asking you if, again, I mean, you're obviously --

A   I'm sorry.  In the world of data analytics, using imputed values is common because it's the only way that you can take two relevant pieces of information and tie them together as completely as possible in the context of the work you're doing.

Q   Well, and I'm not saying that imputation and data analytics isn't a thing.  I'm asking you about whether it's an appropriate methodology in the context of the opinion that you were retained to render?

A   I would say yes.

Q   And I'm asking you to give me an example of another study that's done what you did here, in the context

Page 70

of determining response costs.

A   In determining response costs?  I think we've already established that there's no other study that's actually looked at response costs.  But the fact of the matter is, is response cost is a very explicit, well-defined and a purposeful attribute to define the purpose of this study.  And so just like any other attribute that would be in the data base that's of importance to you, you would use the imputed approach for that purpose.  I'm not doing anything that's unusual or never happened before.

Q   Well, when you said there's no other study doing response costs, I showed you the California legislature study earlier today.

A   And I told you that I can't put enough faith in what you showed me to know exactly what they did or even if it was a good representation of response costs.  I'm not in a position to know.

Q   But doesn't the existence of that study undermine what you just said a minute ago, that to your knowledge there were no other studies of response costs?

A   Like I said, I've not read the study.  I don't know anything about it.  And I'm not in a position to answer that question as precisely as you apparently

Page 71

would like me to.

Q   Do you think it's possible there could be other studies out there that actually have calculated response costs that you may not actually have been aware of?

MR. FERCHE: Object to form.

A   I'm not aware of any.

BY MR. DUPREE, CONTINUING:

Q   I'm sorry?

A   I'm not aware of any.

Q   Let's talk a little bit on the FRA data that you used as supplemental evidence.  Your decision to include FRA data resulted in a sizable increase in the number of rail incidents, didn't it?

A   Yes.

Q   But the FRA data set includes incidents that are not related to hazardous materials; correct?

A   That's correct, and we excluded those.

Q   And how exactly did you exclude them from your analysis?

A   I don't have the FRA accident form in front of me. But there are a couple of questions that are asked whether there was hazardous cargo on the train, and I think whether there was a hazardous cargo actually damaged.  Like I said, I don't have it in front of

Page 72

me, but there are a couple of very specific questions that isolate whether a haz/mat was involved in the incident.

Q   And a third factor might have been if a haz/mat release actually occurred in the incident; right?

A   Probably so.  Actually that's -- thank you for bringing that up.  That's one of the ways that we were able to do some matching.

Q   So you stated that any of the situations for which you filtered the FRA data set would have required a hazardous materials response; is that right?

A   I'm saying that if you have a train that has derailed and it's known that there is one or more tank cars of a hazardous material on that train, then it evokes an indication to the responders that there's the possibility that a release could occur.

So it's kind of like you get a report at the fire department that there's been something happening somewhere and you send your team out there.  Because you don't know till you get there whether or not something is going to happen, or has happened.

Q   But the word you used in your report isn't the word that you just said.  You said evokes or suggests that there could be a situation.  The word you used

CASE 0:24-cv-01522-KMM-SGE   Doc. 125   Filed 05/06/26   Page 60 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                                 February 27, 2026

Page 73

in your report was required, you would require a hazardous materials response; is that right?

A   I would say that evoke and require seem like similar words to me, so I'm okay with that.

Q   Okay.  Well, if we interpret require and the common sense meaning of the word, at least as I understand it, means mandated or a hundred percent of the time if you have one of these incidents there would be a hazardous materials response.  Is that your understanding of what you meant by required, when you said it would require a hazardous materials response, meaning a hundred percent of the time?

MR. FERCHE: Object to form.

A   I'm not in a position to answer that.  But the protocol suggests that that's the way it should be.  In fact, I believe there's been some regulations recently where the railroads have to provide a bill of lading or something to indicate to the local responders what's on that train.  And if there's something that's on there that's hazardous I would imagine that any local or state responder would know that that's an indication that they need to take action.

BY MR. DUPREE, CONTINUING:

Q   So it's your belief that if you had say, you know, a

Page 74

mile long freight train and there's a minor derailment of the first car and, you know, the 300th car, or whatever it is, the back of train has a box of hazardous materials, that would require a response?

MR. FERCHE: Object to form.

A   That's hypothetical.  I don't know what a minor derailment is.  When a train derails it derails.  I don't know the sequence of what could happen once you have a derailment.  That's outside of my ability to answer.

BY MR. DUPREE, CONTINUING:

Q   Then let me just -- I'll close the loop on this.  For purposes your report, it's safe to say you made the assumption that any one of these incidents for which you filtered the FRA data set would require --

A   I would phrase it slightly differently.  I would go back to the statute that has the definition incident compelling a significant response.  So we were working with the definition that it would -- that any derailment that has a haz/mat car on it would be an incident compelling a significant response.  So that's the language that we worked with and it's in the statute as I expressed it.

Q   Are you familiar with PHMSA's criteria for when

Page 75

haz/mat incidents must be reported?

A   I am.  I can't recite it for you literally right now.  But I'm certainly familiar with what the requirements are for reporting.

Q   Is it fair to say that the PHMSA reporting criteria would capture any of the more serious haz/mat incidents and that any non PHMSA incidents would be less serious?

MR. FERCHE: Object to form.

A   I'm not sure I -- it's almost like there were two questions in there.  Maybe we can break it apart.  So you're saying that, or let me see if I can understand this correctly.  You're saying that -- I'm not sure what you're saying.  Why don't you rephrase the question for me, please.

BY MR. DUPREE, CONTINUING:

Q   Sure.  I'm just trying to find out if in light of the PHMSA reporting criteria, that encompass a pretty broad range of events, that would trigger a reporting requirement to PHMSA.

A   Right.

Q   In light of the PHMSA reporting criteria, is it fair to say that any non PHMSA reporting incidents would be less serious?

A   I don't think I could say that.  Because, as we

Page 76

spoke about before, a lot of the PHMSA reporting data is minor incidents taking place in yards.  And a lot of the derailments fortunately did not release -- end up in a release, but they required a response under the proviso that it cold have and therefore it was serious.  In fact, you can play that out in terms of there may not have been a spill so it didn't end up in the PHMSA data base, but they had to evacuate a town, people ended up having to reroute, schools got closed, any number of things that we could talk about that would make it a serious event.

Q   Let's talk about your use of the FRA data set.  Here you use the imputed approach; correct?

A   Yes.

Q   Do you recall how many overlapping incidents you identified overlapping between the PHMSA and the FRA data set?

A   I believe it was 75, if I recall.

Q   That's right.  And do you remember how many unique FRA incidents you applied that average response cost from the overlapping incidents to?

A   I think it was around 1,500 or so, in that neighborhood.

Q   That's also right, yes, 1,553.  And then for those

CASE 0:24-cv-01522-KMM-SGE    Doc. 125    Filed 05/06/26    Page 61 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                                February 27, 2026

Page 77

75 overlapping incidents, what was the average response cost?

A  The number is in here somewhere.  I think it's about 800,000ish, if I recall.

Q  Closer to 900,000 but you're in the ballpark.

A  Okay.

Q  So what studies or reports or, you know, peer reviewed articles support this approach for imputing response costs with FRA data?

A  I don't know of anything specific to response costs, but we've been through the process of why you do imputing for any number of different studies that involve this type of assessment.

MR. DUPREE: I'd like to mark as our next exhibit, this is Dr. Carr's rebuttal report.

(Abkowitz Exhibit 6 was marked for identification.)

BY MR. DUPREE, CONTINUING:

Q  Dr. Abkowitz, I want to draw your attention, I trust you've reviewed Dr. Carr's rebuttal report?

A  I have.

MR. DUPREE: If we could put up page 8 and then blow up the table at C.

Q  Dr. Abkowitz, what I want to just ask you a few questions about are, this is Dr. Carr's table, the

Page 78

table labeled C, distribution of response costs, where what Dr. Carr does here is put in the percentage breakdowns, the term we discussed earlier, percentage breakdowns, response costs by modes for each of the four modes.  And as you see, what he did was he filled in the percentages in each column at, well, what we've now called step 1A, step 1B and step 2 of your analysis.  So my initial question for you is, are these percentages in this table an accurate reflection of your report?

A  I think you're talking about table C?

Q  Correct.

A  Yes.

Q  I guess just explain to an uninformed layman how the addition of the supplemental data takes you from, in step 1, if you look at rail, 9.7 percent based on the PHMSA data, and then when you brought in your supplemental data and did the imputation technique it goes all the way up to more than 64 percent.

A  Sure.  So getting back to what I explained before, an incident compelling a significant response, as in the statute makes reference to any event that includes derailments.  So the 75 were derailments that took place in the two cases and so that was much more reflective of the response costs that we

Page 79

would anticipate when we have a derailment that involves the hazardous materials as in the statute would compel a significant response.

By contrast, the PHMSA data by itself is overly represented by these small spills.  I don't even -- I can't recite for you now, but I remember at one point in time you got into the HMIS data base if you spilled five gallons of paint.  So you really -- you could not rely on that as being representative of the response cost associated with a derailment when you know there's at least one tank car on there that's carrying a hazardous material. I mean, that's the gist of it.

Q  And, I guess, relatedly the percentage allocated to the other modes, or at least trucks and pipeline, decreases at each step of your analysis.  How is that?

A  Well, pipelines don't have derailments, and neither do trucks.  It's not embodied in the way that those modes function.

Q  Well, I get the point that trucks don't have derailments, but surely they have accidents?

A  They do, yeah.  So we captured a few of the rest of them.  But there's nothing comparable in trucking world to railroad when it comes to data.

Page 80

Again, we're following the language of the statute, which is very clear that in the case of rail it includes whether or not there was a spill. As long as it was a derailment and it involved haz/mat, the language defines it as that's an incident compelling a significant response, and that's why we included it.

Q  So in your report you talk about, and I think I'm getting this word right, efficacy?

A  Efficacy.

Q  Is that right, okay.  And I think, and we can pull up your report if it's helpful, but I think in either the executive summary, the conclusion, or maybe both, you talked about how your analysis was focussed on assessing the efficacy of the Minnesota assessment; is that right?

A  Yeah.  I mean, I can't give you the exact definition in Webster's of what efficacy means, but I think it was basically to, you know, it was the way the statute is written, you know, justified by the results of the work that we had done.

Q  I think you also, again, correct me if I'm wrong, but I think the other word you used was appropriate. Meaning is the statute appropriate in terms of its allocation of charges, and I'm assuming, but again I

Page 97

MR. DUPREE: Mathew, I think I'm probably at a good point to take a break. I know it's a little earlier for you guys. Do you want to take 45 minutes or so for lunch and resume? I don't have a whole lot to cover.

MR. FERCHE: Mark, is that fine for you to take a lunch break now?

THE WITNESS: Sure, that's fine. So back at 30 past the hour or so?

MR. DUPREE: That works for me if it does for you guys.

MR. FERCHE: It does for us.

(Recess was taken at 11:42 till 12:31.)

BY MR. DUPREE, CONTINUING:

Q   We're back on the record.

Dr. Abkowitz, I'd like to pick up with what we have come to call step 2 of your report. I think you had testified earlier this was what you described as the model component of your methodology; is that right?

A   Yes.

Q   And I think you also testified earlier today that the model that you applied in step 2 was one of your own designs; is that right?

A   Yes.

Page 98

Q   Just kind of drilling down, the components that you use in that model, and specifically I'm referring to the weights and the scores that you assigned in the model, those are of your own design too; correct?

A   Correct.

Q   So I guess just at kind of a high level, how did you go about developing the model, and in particular I'm interested in hearing about how you determined what the appropriate values were for the weights and the scores.

A   So I basically started with the -- sort of the three foundational components of what's out there, in terms of responding to hazardous materials incidents. There's a NIMS, National Incident Management System, there's the Incident Command and then there's the Emergency Response Guidebook, and spent some time looking through those documents to identify I guess principles, whatever terminology you want to use, and basically came up with what I thought were eight important and largely mutually exclusive criteria, and they're listed in my report ranging from access all the way down to environment.

And then for each of those eight areas I came up with sort of a expert judgment recent analysis as to whether certain criteria were more

Page 99

important than others. So if you were assuming that they were all equivalent and that they add up to one, then you would basically assign a weight of .122 to .125 to each.

But then I started to, you know, look at how important each of these criteria were from the standpoint that some did not appear to be, you know, equally important as others. So, for example, protection, if you read through the doctrine and everything, I mean, that's job number one, save lives. So I pushed that up.

There were a couple other criteria, for example, access and specialized equipment, I believe they were, were two areas where if you didn't have that capability to get there or to have the right equipment to do something then that would, you know, almost be a prerequisite for an inability to respond. So by moving those up, relatively speaking, then the others moved slightly down because you're keeping everything normalized to one.

Then the one area that appeared to me to be important but not mutually exclusive was mutual aid. So I correspondingly lowered that and everything else sort of moved accordingly.

That was kind of the criteria weighting

Page 100

itself.

Then there's the scoring system, which is the second aspect of that. When we don't have data but we have an understanding, using sort of engineering and expert judgment, that there are certain characteristics of responding to certain model events that are going to require more or less effort, then you correspondingly establish a qualitative rating.

It's very common to do a one to five scale and, you know, where one might mean the least amount of effort -- or amount of responsibility required, five being the most, you try to kind of ascertain using logic and relational thinking to assign those ratings to those modes across those criteria. And that's how you then come up with a final score, if up want to call it that, bu multiplying the normalized weight by the qualitative rating, and that's what you arrive at.

Q   When you're developing a process like this, how do you guard against subjectivity? In other words, do you have some sort of independent or peer reviewed validation of the scores and the numbers that you're assigning to all these variables?

A   I mean, we did not do that. So I can't comment as

CASE 0:24-cv-01522-KMM-SGE    Doc. 125    Filed 05/06/26    Page 63 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                    February 27, 2026

Page 101

to what that would have looked like. But I do stand behind the logic and the relational rankings. In this particular type of work, this aspect of the work, we're trying to look really more at the proportionals or relative rankings between things. We're not trying to get down to, you know, six decimal digits or whatever. That's kind of the way that we go about doing this.

Now, what I tried to do in the sensitivity analysis part that I think you referenced earlier this morning, was to kind of take a pretty radical approach and say let's suppose that one of these criteria don't matter at all and let's see where we come out. And as you probably saw in the report, the numbers changed a little bit but they don't change in such a way that all of a sudden one mode changes order with another one.

Q But, I guess, if you don't subject those numbers to review by some other person or some sort of, again, independent validation, I mean, is it -- do you just say, well, I'm going to make this variable three and this variable four and this variable five and then you're done with the process? Or do you make an assignment and then, as you say, you kind of look at the results and then you can change inputs and

Page 102

everything moves accordingly?

MR. FERCHE: Object to form. You can answer.

THE WITNESS: I'm sorry, what's that?

MR. FERCHE: You can answer. I objected to form.

A So I don't think it's quite like throwing darts at a dart board blindfolded. There's a fair amount of explanation in my report as to how I arrive at those ratings, both in terms of the state and local roles and responsibilities at various times from incident notification and also a characterization of each of the modes and how they lay out against the criteria, in terms of what would be anticipated in order to respond, you know, based on being able to meet that doctrine.

BY MR. DUPREE, CONTINUING:

Q But if you don't have independent validation, what happens if you run the model and it spits out some insane result that you know can't be right, what do you do? Do you have to go back and change the inputs, the numbers, the ratings?

A Can you explain to me what's insane about the results that I have published?

Q No, I'm not saying that they're insane. I'm just

Page 103

asking as a matter of process, since you don't have any independent validation of these scores, what would happen if you run the model and it generated a result that struck you as wrong and insane, what would you do?

MR. FERCHE: Object to form. You can answer.

A I mean, you're putting me into an environment that I don't see as being plausible. I mean, I've done this work for a long time. I've studied this field to a fair extent. I kind of understand how it works. And I don't see that there's anything in this logic structure or argument that would suggest that there's something insane going on here.

BY MR. DUPREE, CONTINUING:

Q No, no --

A You -- go ahead.

Q I'm not saying this is an insane result. I'm just asking as a matter of process, it strikes me as arbitrary to say we'll go through this model, we'll assign numbers to each of the weights, we'll assign numbers to each of the scores and then we're locked into those numbers. So when I run the model with the weights and scores I've assigned it generates a result that seems very wrong, and I'm saying if you

Page 104

are prevented from adjusting the weights or the scores, why is that height of arbitrariness?

MR. FERCHE: Object to form. You can answer.

A So you're suggesting that this is just some of kind of random prescription that was assembled and is subject to being manipulated in any way that someone chooses to, and I disagree with that.

First of all, as I explained, there are specific documents that the emergency response community as a whole practices and it's universal.

So I start by building off of that foundation, and then, you know, go on to extract the specific components of what is expected, lay them out as criteria.

And then from a weighting perspective it's pretty clear if you read some of that material that there are sort of a priority, you protect people first, more than anything else.

Wouldn't that suggest then that that should be given a disproportionate weight, and then you just keep walking through that relational logic structure till you get to where you get to.

And then as far as the scoring is concerning there's kind of activity that is required

CASE 0:24-cv-01522-KMM-SGE    Doc. 125    Filed 05/06/26    Page 64 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                          February 27, 2026

Page 109

doing this kind of thing and say, okay, let's normalize that to 1. That's essentially what's happening with the equations right below that. We're saying, okay, truck has a score of 1.2, so on a normalized scale we'll call that 1, and then everything else get impacted accordingly to come up with the relative units.

So the units are basically a representation of the various criteria and where each particular mode falls into what's involved in being able to satisfy that criteria.

Q   One question, in terms of determining the percentage breakdown of response costs by mode, is that analysis that you performed something that a non expert in the field could do?

A   Well, I think, you know, structuring the whole methodology would certainly require someone that has knowledge and experience in this field. Doing the actual mathematical calculations, once you have the methodology set up, you know, you can do that in Excel. Anyone can do that part.

Q   But in terms of making the calculation you did, just at a high level, you know, making an assessment and percentage of response costs by mode, is that an analysis that a non expert could do?

Page 110

A   I don't believe so. I mean, the whole structure of the entire 1A, 1B and 2 is, you know, based on having worked in this field, being aware of the source of the data, you know, the quality of the data, all that. And then being able to sort of go one step further in an area that I'm not sure anyone else has broached yet, you know, to try to get to a place that's consistent with what is the subject of interest, which is, you know, emergency response and preparedness. So that's novel.

I don't think someone who didn't know what they were doing could build that and feel, you know, confident that they've done something that, you know, holds water.

Q   Right. And you concluded, of course, as we discussed earlier that the precise percentage breakdown was 74 percent rail, 25 percent pipeline and the small number to the other modes; right?

A   I believe so, whatever that table reads.

Q   Were you surprised that the Minnesota legislature was able to make an apportionment in the statute that almost got it right to the exact percentage point?

A   I can't comment on that. I don't know what they went through to get there. But I do want to, since

Page 111

we're on the record, I do want to establish that actually the number should be higher. And the reason why is, to Dr. Carr's credit, he pointed out that we included some pipeline incidents that we shouldn't have. So had we removed those that would have just changed the proportions in a way that would make it higher, so I guess it wouldn't come out quite as close to 70/30 as it looks.

Q   But I thought when I asked you at the beginning if anything in Dr. Carr's rebuttal report had caused you to rethink your conclusions you testified no?

A   Well, it doesn't change my conclusions overall. It just changes the numerics slightly in showing what the relative relationship is. But that's not -- it doesn't really change my overall conclusion. It just is an artifact of the idea that we gave pipeline more responsibility than it needed to take in the context of the work I was doing.

Q   Are there any other points Dr. Carr made that you agreed with?

A   That I agreed with? I can't think of any. I think my rebuttal is pretty clear in going over each of the parts of his work that I found, you know, flaws with.

Q   When you began the analysis, were you aware that the

Page 112

Minnesota statute allocated at 70/30?

A   I mean, the statute was in front of me. Yeah, I was aware of that.

Q   In --

A   But I -- go ahead.

Q   No, please finish.

A   That didn't impact the way the process was developed.

Q   But in the scientific community, if your goal is conducting a fair and unbalanced, unbiassed assessment, wouldn't you avoid the risk of confirmation by it by not knowing the desired outcome in advance?

MR. FERCHE: Object to form.

A   I have a hard time understanding how I could understand my assignment without reading the statute. If you're questioning my ethics, moral or academic integrity, I think I can hold up pretty well under that.

BY MR. DUPREE, CONTINUING:

Q   Well, when you say you couldn't understand your assignment without knowing the 70/30 split, what did you understand your assignment to be?

MR. FERCHE: Object to form, mischaracterizes earlier testimony.

Dr. Mark Abkowitz

Page 113

A   I have nothing to add.

BY MR. DUPREE, CONTINUING:

Q   I'm just asking.  What did you understand your assignment to be?

A   My assignment was to conduct an unbiassed hazardous materials risk assessment of transportation of hazardous materials, and be able to identify what types of costs were incurred in order to have a trained and prepared response to potential incidents that might take place in the state.

Q   In order to make that determination why was it important for you to know that the statute allocated?

A   It wasn't important for me to know.  I just happened to be aware of it because I had to read the statute to know what I was being asked to investigate.

I mean, it didn't affect how I went about doing things.  I was aware of it.  That's the end of it.

Q   Is it standard practice in the scientific community to know what the desired outcome is before you start a study, or would it be standard practice not to know the desired result to avoid confirmation bias?

MR. FERCHE: Object to form, argumentative.

Page 114

BY MR. DUPREE, CONTINUING:

Q   I'm just asking what standard practice is, is it --

A   Standard practice in the business that I take part in, to try to devise an approach to come to an answer that's already prescribed.  That's not the type of academic researcher that I am, and I think that some of the things you didn't go over in my resume, such as the Hockman award, which is for outstanding research in hazardous materials transportation that's awarded by the National Academy of Sciences, would suggest that if I was practicing as you are hypothesizing, I rather doubt that that would have been conferred upon me.

Q   Why did you choose to do the five year time frame for your analysis?

A   I think I explained that pretty clearly in the study.  First of all, we know that there are regulatory operational technology changes that take place in many industries and hazardous materials transportation is one of those.  So if you go too far back in time you're essentially analyzing events that would not be reflective of what you have now.

Just in particular with regard to the rail industry, train lengths have gotten much longer over time, crews have become smaller over time.

Page 115

There have been technology changes, both on board and sensors on the track.  So we don't want to start to look too far back in history to think that that's representative of where we are now.

Secondly, every study that I'm familiar with that, you know, tries to look at hazardous materials transportation safety implicitly assumes that operations of this type are ubiquitous across the country, whether it's, you know, truck freight operates like truck freight, whether it's in Illinois or Iowa.  Trains operate in Minnesota the same way they operate in Kentucky, and we can just go on and on.

So the idea here is, if it's ubiquitous then you can look at events involving hazardous materials transportation on a nationwide, which gives you a large enough sample, and yet you protect against any kind of bias by not going too far back in time that would not be representative of the conditions that exist today.

Q   You mentioned having enough incidents to constitute a sufficient or a representative sample.  So is what you're saying that if there is a dearth of observable incidents that makes the analysis more difficult?

Page 116

A   Well, I think in general, if your sample size, the larger your sample size the more credible is your results.  That's, you know, pretty much why we do what we do.  But the flip side of course is that you don't want to expand your sample size and in doing so introduce other kinds of bias that makes the sample size irrelevant because you're adding samples that are not comparable to what you originally had.  That's why I make reference to the fact that these operations are ubiquitous, because that allows us to expand the sample size and not introduce that type of bias.

Q   But if you're measuring response costs, wouldn't a dearth of observable incidents make your job easier?  I mean, I'm thinking if I was trying to measure how much money I spend on vacations in Antarctica, that would be a much easier calculation than my trying to calculate how much money I spend on vacations in the United States, precisely because the sample size is zero.

A   I'm not following.

MR. FERCHE: Object to form.

A   Yeah I'm not following the question.  You're saying you'd rather have one event in Antarctica as your representation of what it costs to travel in

CASE 0:24-cv-01522-KMM-SGE    Doc. 125    Filed 05/06/26    Page 66 of 66
Association of American Railroads vs.                    Dr. Mark Abkowitz                    DR. MARK ABKOWITZ
Bob Jacobson, Commissioner - MN Dept of Safety, et al  2-27-26                                    February 27, 2026

Page 121

the topic of his expert report, the people in Ohio.

A   I don't think I can answer that question, because I don't equate it with what we're talking about here.

BY MR. DUPREE, CONTINUING:

Q   Would the analysis that you submitted in this case be the same if you had been retained by say the State of New Hampshire to write a report in the context of a challenge to a identical statute enacted by New Hampshire?  So if everything in this case were the same, except we're talking about New Hampshire instead of Minnesota, would your opinion change at all?

A   I don't think it would.

Q   I don't either, but I wasn't sure.

A   And that's basically we're treating the entire country as one system that operates similarly as a business, and there's not enough of a distinction between how they operate in different parts of the geography to feel that we can't do that.

Q   I guess, why wouldn't you?  When I asked you earlier about various states I said what's the breakdown in Hawaii, what's the breakdown in Texas, what's the breakdown in Minnesota, and you said you don't know, and that's fair.  I agree, I mean, your report hasn't opined on that.  But why wasn't your answer,

Page 122

when I asked you about Minnesota, to say it's what I wrote in the report, 73, 24, 1.5, zero, why wasn't that your answer?

MR. FERCHE:  Object to form, to the extent it mischaracterizes testimony.

A   I was going to say that the answer didn't change when you said New Hampshire.  What would change is the frequency of railroad activity in a particular state would suggest that there may be a need to have a higher amount or lower amount of training and preparedness resources to properly train the people there.  But the actual ration of how much of that would be pipeline versus rail, I don't know that that would necessarily change.

BY MR. DUPREE, CONTINUING:

Q   I guess, help me understand this then.  You know, for example, the portion of response attributable to watercraft, I assume, would differ between say California and Kansas, wouldn't it?  Not a lot of watercraft moving haz/mat in Kansas.

A   Well, I haven't looked at the -- I mean, the Kansas River and the Missouri, which I think runs through Kansas, are navigable and there's barge activity on there.  So I'm not sure that I can opine on that, because I do think there is some of that going on.

Page 123

Q   But I guess what I'm saying is what basis do you have for concluding that the national numbers that you have in your report apply to Minnesota, or maybe you're not saying that?

A   (No audible response.)

Q   And, again, I don't mean to put words -- if that's not your opinion I'm not trying to have you take that opinion.  I'm just saying, do you think that the numbers in your national report, 73, 24, 1.50, reflect reality in Minnesota or you just don't know?

A   I can't say for certain that that's exactly the case in any particular place.  But I can say that based on the fact that the railroads operate everywhere, and they operate everywhere in much the same fashion, that the types of incidents and the scale of those incidents could occur in Minnesota just as easily as it could occur anywhere else.

Q   But as a professor with 30 years in risk assessment, you don't think that those risk percentages vary by state?

A   I don't know that that's really the context of the question, per se.  I think that it's possible that in Minnesota it's higher than that, or maybe it's lower than that.  But as a representation of the best information we have available, and looking at

Page 124

how these industries all operate across the entire country, and the fact that they all operate in a very similar fashion, that is the most educated conclusion that we can come to.

Q   So you're not saying that the numbers are uniform across the country; correct?

A   I don't know that I'm not saying that.  I'm just saying that we're treating the industry as a whole across the entire country, knowing that it's not possible in the context of the work we were doing how much of a certain hazardous material is moving through Minnesota, how often, and for how long.  That's really getting way down into the weeds.

We're just saying that there are materials that move everywhere.  No state is outside of that, at least in the contiguous U.S., that isn't carrying trains of a hundred cars or more with very dangerous chemicals on them at some particular point in time in their normal operations.

Q   You testified, and you also said in your report, the reason you did not want to go back further than five years was because there were differences in infrastructure, differences in traffic patterns between what happened in 2019 and the world as it exists today.  Do you remember that?